UNITED STATES
DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

]
]
]
]
]
]
]

RECEIVED

2008 JAN -8  A 11: 58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

3: 08CV20 -MEF

COMES NOW RICKEY H. HOLMAN,AND FILES THIS PETITION FOR WRIT OF HABEAS
CORPUS ON HIS BEHALF.

AND HUMBLY ASKS THIS COURT TO ACCEPT THE FOREGOING PETITIONS ON
HIS BEHALF.

DUE TO THE EVIDENCE AGAINST THE STATE COURTS PETITIONER PLAINLY SHOWS
THAT HE CAN SEEK NO JUSTICE ON THE STATE LEVEL OF COURTS.

DUE TO THE EVIDENCE AGAINST OTHER STATE AGENCIES,PETITIONER PLAINLY
SHOWS THAT HE CAN SEEK NO JUSTICE FROM THE OTHER STATE AGENCIES.

THEREFORE PETITIONER ASKS THIS COURT [ FEDERAL COURTS ] TO BY-PASS
THE STATE COURTS; AND OTHER STATE AGENCIES.
AND THE FEDERAL COURTS TO SETTLE THESE PETITIONS.

PETITIONER CONTENDS THAT DUE TO THE GREAT UNJUST THAT THE STATE,
AND OTHER STATE AGENCIES HAS IMPOSED AGAINST PETITIONER THAT
PETITIONERS LIFE AND WAY OF LIVING HAS CHANGED OR BEEN ALTERED
DRAMATICALLY FOR THE WORST.

PETITIONER GREATLY RESPECTS THE PRIVACY OF INVESTIGATIONS.
AND THE PRIVACY OF OTHER STATE AGENCIES, BUT CONTENDS
THAT THE STATE AND OTHER STATE AGENCIES IN FACT THEMSELVES
HOLDS THE VERY EVIDENCE TO WHICH THE PETITIONER MAKES HIS
ALLEGATIONS. THEREFORE PETITIONER HAS SUBMITTED ON HIS BEHALF
A [ MOTION TO SUBPEONA ]. FOR THE FEDERAL COURTS, AND ASKS THE FEDERAL
COURTS TO ACCEPT THE MOTION ON HIS BEHALF.

PETITIONER IS INDIGENT AND CAN NOT AFFORD AN ATTORNEY AND HUMBLY
ASKS THE FEDERAL COURTS TO FORGIVE PETITIONER FOR HIS IGNORANCE
OF THE LAW AND TO OVERLOOK PETITIONERS SPELLING OR WORDINGS
AND BECAUSE OF THE EVIDENCE  AND ALLEGATIONS.
THE FEDERAL COURTS HELP PETITIONER PUT THE PETITIONS IN THIER
PROPER PERSPECTIVE.

BELOW PETITIONER MAKES THE FOLLOWING ALLEGATIONS AGAINST THE STATE
COURTS AND OTHER STATE AGENCIES, AND HAVE ATTACHED THE FOLLOWING
ALLEGATIONS;; FACTS SUPPORTING ALLEGATIONS;;,AND THE RELIEF PETITIONER
SEEKS ON EACH ALLEGATION.

PETITIONER CONTENDS THAT HIS CONSTITUTIONAL RIGHTS, CIVIL RIGHTS, AND DUE
PROCESS RIGHTS HAVE BEEN VIOLATED BY THE STATE COURTS,PETITIONERS
STATE APPOINTED ATTORNEY, AND OTHER STATE AGENCIES;; AND IS STILL
BEING VIOLATED TO THIS DAY.

THEREFORE PETITIONER SEEKS IMMEDIATE RELIEF ON HIS PETITION FOR
WRIT OF HABEAS CORPUS.
AND FOR THE FEDERAL COURTS NOT TO DISMISS PETITIONERS  [ WRIT ]
BUT IF FEDERAL COURTS HAS NO JURISDICTION.
THEN THE FEDERAL COURTS TO DIRECT AND OR SEND THE PETITIONS TO
THE RESPECTIVE COURTS.

COMES NOW RICKEY H. HOLMAN, AND SWEARS UNDER PENALTY OF PERJURY
THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE.

RESPECTFULLY SUBMITTED

*Ricky Holman*

*Linda Newsome - Notary*
*Commission Expires - October 11, 2009*

[ <u>ALLEGATIONS</u> ]

COMES NOW RICKEY H. HOLMAN, AND SUBMITTS THE FOLLOWING ALLEGATIONS ON HIS WRIT OF HABEAS CORPUS.

1. <u>WRONGFUL ARREST</u>.

2. <u>WRONGFUL CONVICTION</u>.

3. <u>HARASSMENT</u>.

4. <u>CONSPIRACY</u>.

5. <u>FORGERY</u>.

6. <u>SLANDER</u> .

<u>RESPECTFULLY SUBMITTED</u>

[ FACTS SUPPORTING ALLEGATIONS ]

COMES NOW RICKEY H. HOLMAN, AND SUBMITTS THE FOLLOWING FACTS SUPPORTING
HIS ALLEGATION FOR;

1. WRONGFUL ARREST .

ON 02/03/06, A WARRANT WAS ISSUED ON PETITIONER FOR HARASSMENT BY
THE LEE COUNTY SHERIFF'S DEPARTMENT.

ON FEB./ MARCH 2006, PETITIONER WAS ARRESTED ON THE WARRANT OF
HARASSMENT AND TRANSPORTED TO THE LEE COUNTY JAIL.
PETITIONER WAS ALSO ARRESTED AT THAT TIME FOR [ FAILING TO REGISTER
AS EX- SEX OFFENDER
SEE CASES; [ CC-06-369 ], [ CC-79-468 ].

PETITIONER CONTENDS THAT AT THE TIME OF HIS CONVICTION HE WAS [ 16 ]
A MINOR. SEE CASE; [ CC- 79 - 468 ].

PETITIONER CONTENDS THAT HE WAS GIVEN A [ 20 ] YEAR SENTENCE.
TO WHICH PETITIONER WAS INCARCERATED FOR A PERIOD OF [ 10 ]
YEARS.FROM 08/12/79 UNTIL THE YEAR, 08/12/89.
SEE;
RELEASE LETTER FROM THEN COMMISSIONER [ MR. MORRIS THIGPEN ], TO
PETITIONER PRIOR TO HIS RELEASE FROM HOLMAN CORRECTIONAL FACILITY
DATED; [ JULY/1989 ].
SEE;
RELEASE PAPERS THAT PETITIONER SIGNED WITH HIS COUNSLER PRIOR TO HIS
RELEASE FROM HOLMAN CORRECTIONAL FACILITY, [ MR. POWELL ].
DATED AUGUST/ 1989.

PETITIONER CONTENDS THAT  A PERIOD OF  [ 17 ] YEARS HAD PASSED BY
BEFORE THE  PETITIONER WAS ARRESTED  FOR  [ FAILING TO REGISTER AS
EX-SEX OFFENDER,ON CASE [ CC-06-369 ].

PETITIONER CONTENDS THAT TIME HAD EXPIRED FOR PETITIONER TO
REGISTER AS EX-SEX OFFENDER.
SEE; SEX OFFENDER LAWS, SECTIONS;;; [ 15-20-27 ],[ 15-20-28 ],[15-20-29 ].

THEREFORE THE WARRANT ISSUED BY THE LEE COUNTY SHERIFF'S DEPARTMENT
ON PETITIONER FOR [ FAILING TO REGISTER AS EX-SEX OFFENDER ] IS NULL AND
VOID.
AND PETITIONER CONTENDS THAT IT WAS A WAY FOR THE LEE COUNTY SHERIFF'S
DEPARTMENT TO [ HARASS ], PETITIONER ON THE ALLEGATIONS THAT PETITIONER'S
WIFE AND [ STEP-DAUGHTER ] MADE AGAINST PETITIONER.

PETITIONER IS INDIGENT AND CAN NOT AFFORD AN ATTORNEY, PETITIONER HAS
SUBMITTED A [ MOTION TO PROCEED IN FORMA PAUPERIS ],AND AN
[ AFFIDAVIT OF POVERTY SUPPORTING FACTS ].

PETITIONER CONTEDS THAT HE CAN SEEK NO JUSTICE FROM THE STATE COURTS,
OR ANY OF THE STATE AGENCIES, LISTED IN HIS PETITIONS.
PETITIONER HUMBLY ASKS THE FEDERAL COURTS TO ACCEPT THIS PETITION
FOR WRONGFUL ARREST ON HIS BEHALF.

PETITIONER CONTENDS THAT HIS CONSTITUTIONAL RIGHTS,CIVIL RIGHTS, AND DUE
PROCESS HAVE BEEN VIOLATED.ON HIS PETITION OF WRONGFUL ARREST,

AND IS STILL BEING VIOLATED TO THIS DAY

THEREFORE PETITIONER HUMBLY ASKS THE FEDERAL COURTS TO GRANT THE PETITIONER THE IMMEDIATE RELIEF HE SEEKS ON HIS PETITION FOR WRONGFUL ARREST.

COMES NOW RICKEY H. HOLMAN, AND SWEARS UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE.

RESPECTFULLY SUBMITTED

Ricky Holman

[ RELIEF ]

1.WRONGFUL ARREST

COMES NOW RICKEY H. HOLMAN, AND FILES THIS IMMEDIATE RELIEF ON THE
PETITION FOR WRONGFUL ARREST.

[ RELIEF ]

REINBURSEMENT OF $300.00 DOLLARS THAT PETITIONER HAD TO SPEND
MAKING BOND ON CASE; [ CC-06-369 ].

REMOVAL OF WARRANT FROM PETITIONERS RECORDS ON CASE; [ CC-06-369 ].

A PERMANENT INJUNCTION PLACED ON PETITIONERS BEHALF AGAINST THE
STATE OF ALABAMA ON CASE; [ CC-06-369 ].

$ 4,000,000.00  FOUR MILLION DOLLARS ALLOTED TO PETITIONER FOR
PUNITIVE DAMAGES.

THE IMMEDIATE ACCEPTANCE OF PETITIONERS, PETITION FOR A RE-REVIEW OF
HIS [ 1979 ]  CONVICTION  AND THE RELIEF HE SEEKS ON THAT PETITION.

A NEW LAW BE ADOPTED ON PETITIONERS BEHALF SO TITLED [ HOLMAN'S LAW ]
SEE; ATTACHED LAW TO PETITIONERS CONSPIRACY PETITION.

LETTERS OF REPRIMAND ADMINISTERED TO THE RESPECTIVE PARTIES
MENTIONED IN PETITIONERS, WRONGFUL ARREST PETITION.

PETITIONER HAS PROVEN HIS PETITION FOR WRONGFUL ARREST.
THEREFORE PETITIONER HUMBLY PRAYS THIS HONORABLE COURT
WILL ACCEPT AND GRANT THE PETITIONER THE RELIEF HE SEEKS
ON HIS PETITION OF WRONGFUL ARREST.

RESPECTFULY SUBMITTED

[ FACTS SUPPORTING ALLEGATIONS ]

COMES NOW RICKEY H. HOLMAN,AND SUBMITTS THE FOLLOWING FACTS SUPPORTING
HIS ALLEGATION FOR;

2. WRONGFUL CONVICTION .

RECEIVED

2008 JAN -8  A II: 58

PETITIONER CONTENDS THAT ON 10/05/06, PETITIONER WAS COERCED BY THREATS
FROM THE COURTS OF FACING A MANDATORY SENTENCE OF [ 15-99 ] YEARS
TO PLEADING GUILTY WITH A LESSER PUNISHMENT ON CASE; [ CC-06-369 ]

ON 10/05/06, PETITIONER PLEAD GUILTY TO THE CHARGE OF [ FAILING TO REGISTER
AS EX-SEX OFFENDER ]. AND RECEIVED THE FOLLOWING PUNISHMENT FROM
THE CIRCUIT COURT OF LEE COUNTY ALABAMA.[ 3 YEARS PROBATION, 1 YEAR
SUPERVISED, AND 2 YEARS UNSUPERVISED. AND FOR PETITIONER TO PAY
PER ORDER OF COURT THE FOLLOWING; VICTIMS FUND ATTORNEY FEES,COURT
FEES AND 1 YEAR SUPERVISED PROBATION FEES.

PETITIONER SHOWS THROUGH COURT RECORDS THAT AT THE TIME OF HIS
CONVICTION ON CASE [ CC-79-468 ], THAT HE WAS OF THE AGE OF [16] A
MINOR.

PETITIONER SHOWS THAT AT THE TIME OF HIS ARREST, AND CONVICTION
ON CASE [CC-06-369], PETITIONER HAD BEEN RELEASED FROM THE
DEPARTMENT OF CORRECTIONS FOR MORE THAN [ 10 ] YEARS.
SEE; DEPARMENT OF CORRECTIONS RELEASE PAPERS,
PETITIONER SIGNED AT HOLMAN CORRECTIONAL FACILITY, AND
RELEASE LETTER FROM COMMISSIONER [ MR. MORRIS THIGPEN ].

PETITIONER CONTENDS THAT HE CAN SEEK NO JUSTICE FROM THE STATE COURTS
ON THIS PETITION BECAUSE OF ALL THE ALLEGATIONS PETITIONER IS
ALLEGING AGAINST THE STATE.

THEREFORE PETITIONER HUMBLY ASKS THE FEDERAL COURTS TO ACCEPT THIS
PETITION FOR WRONGFUL CONVICTION ON HIS BEHALF.
AND GRANT THE PETITIONER THE IMMEDIATE RELIEF HE SEEKS ON HIS PETITION.

PETITIONER CONTENDS THAT HE HAS REQUESTED HIS COURT RECORDS ON CASE;
[ CC-06-369 ] VIA ORALLY TO HIS ATTORNEY, AND CIRCUIT JUDGE.. JUDGE DENSON
BUT TO THIS DAY PETITIONER HAS BEEN DENIED THOSE RECORDS.

PETITIONER CONTENDS THAT HIS CONSTITUTIONAL RIGHTS, CIVIL RIGHTS, AND
DUE PROCESS RIGHTS HAVE BEEN VIOLATED BY THE STATE COURTS.
AND IS STILL BEING VIOLATED TO THIS DAY.

RESPECTFULLY SUBMITTED

Rickey Holman

[ RELIEF ]

2. WRONGFUL CONVICTION

COMES NOW RICKEY H. HOLMAN, AND FILES THIS IMMEDIATE RELIEF ON THE
PETITION FOR WRONGFUL CONVICTION.

[ RELIEF ]

PETITIONERS RECORDS TO BE EXPUNGED OF HIS CONVICTION ON CASE [ CC-06-369 ],
AND CASE; [ CC-79-468 ], AND PETITIONERS CIVIL RIGHTS RE-INSTATED.

REINBURSEMENT OF ALL MONEY PETITIONER HAD TO PAY ON CASE; [ CC-06-369 ]
FOR COURT COST, ATTORNEY FEES, VICTIM FUNDS, AND PROBATION FEES.

A PERMANENT INJUNCTION PLACED ON PETITIONERS BEHALF AGAINST THE
STATE OF ALABAMA ON CASE; [ CC-06-369 ].

$ 4,000,000.00 FOUR MILLION DOLLARS ALLOTED TO PETITIONER FOR
PUNITIVE DAMAGES.

THE IMMEDIATE ACCEPTANCE OF PETITIONERS, PETITION FOR A RE-REVIEW OF
HIS [ 1979 ] CONVICTION AND THE RELIEF HE SEEKS ON THAT PETITION.

A NEW LAW BE ADOPTED ON PETITIONERS BEHALF SO TITLED [ HOLMAN'S LAW ]
SEE; ATTACHED LAW TO PETITIONERS CONSPIRACY PETITION.

LETTERS OF REPRIMAND ADMINISTERED TO THE RESPECTIVE PARTIES
MENTIONED IN PETITIONERS, WRONGFUL CONVICTION.

PETITIONER HAS PROVEN HIS PETITION FOR WRONGFUL CONVICTION.
THEREFORE PETITIONER HUMBLY PRAYS THIS HONORABLE COURT
WILL ACCEPT AND GRANT THE PETITIONER THE RELIEF HEE SEEKS
ON HIS PETITION OF WRONGFUL CONVICTION.

RESPECTFULY SUBMITTED

[ FACTS SUPPORTING ALLEGATIONS ]

RECEIVED

COMES NOW RICKEY H. HOLMAN, AND SUBMITTS THE FOLLOWING FACTS SUPPORTING
HIS ALLEGATION FOR;

2008 JAN -8  A 11: 58

3. HARASSMENT.

DEBRA P. HACKETT, C.

U.S. DISTRICT COURT

ON 02/03/06 A WARRANT WAS ISSUED BY THE LEE COUNTY SHERIFF'S DEPARTMENT LA

AGAINST PETITIONER TO THE CHARGE OF [ HARASSMENT ].
FEB./MARCH/06,PETITIONER WAS ARRESTED ON THE WARRANT OF HARASSMENT.
PETITIONER WAS ALSO ARRESTED AT THAT SAME TIME BY THE LEE COUNTY
SHERIFF'S DEPARTMENT FOR [ FAILING TO REGISTER AS EX-SEX OFFENDER.
SEE CASE; [ CC-06-369 ].

ON 10/05/06, PETITIONER PLEAD GUILTY TO THE CHARGE OF [ FAILING TO REGISTER
AS EX-SEX OFFENDER, AND WAS PUT ON PROBATION.SEE COURT RECORDS ON
CASE; [ CC-06-369 ].

PETITIONER CONTENDS THAT AFTER PETITIONER WAS PUT ON PROBATION
THAT HIS PROBATION OFFICER [ MS.OR MRS. PENN ] CAME TO THE HOUSE
WHERE PETITIONER IS REGISTERED TO LIVE, TO ARREST PETITIONER
AGAIN ON THE WARRANT OF HARASSMENT FROM 02/03/06.

IN NOV./07 PETITIONER WAS NOTIFIED BY [ TAMARA J. BOOTH ] THAT
PETITIONER HAD ANOTHER WARRANT FOR HIS ARREST. PETITIONER
ASSURED [ TAMARA J. BOOTH ] THAT HE WOULD COME IN TO ANSWER
TO THE WARRANT. INVESTIGATOR BOOTH THEN INFORMED PETITIONER
THAT HE COULD IN FACT WAIT UNTIL AFTER [ THANKSGIVING ] SINCE
PETITIONER HAD COOPERATED WITH THE POLICE BEFORE SINCE THE
WARRANT WAS A MISDAMEANOR.

PETITIONER ALSO REQUESTED HOW MUCH WAS HIS BOND SO THAT HE COULD
COME UP WITH THE MONEY SINCE CHRISTMAS WAS CLOSE.AND PETITIONER
WAS INFORMED HIS BOND WOULD BE [ $ 5000.00 ] DOLLARS

ON 12/04/07,PETITIONER REPORTED TO [ AAA-BONDING AGENT; JIMMY HENDERSON ]
AND POSTED BOND ON CASE;[ DC200700255900 ] JIMMY HENDERSON CALLED
INVESTIGATOR TAMARA J. BOOTH AND INQUIRED AS TO THE AMOUNT OF BOND.
AFTER JIMMY HENDERSON HUNG UP WITH INVESTIGATOR BOOTH, SHE CALLED HIM
BACK TO INFORM HIM THAT PETITIONER HAD TO MAKE BOND ALSO ON THE
WARRANT OF HARASSMENT AGAIN FROM 02/03/06.

PETITIONER CONTENDS THE STATE HAS KEPT THE WARRANT OF HARASSMENT OPEN
ON PETITIONER FOR WELL OVER A YEAR . TO BE ABLE TO HARASS AND OR ARREST
PETITIONER WHEN IT SUITS THE STATES NEED TO DO SO.

PETITIONER CONTENDS THAT HIS CIVIL RIGHTS,CONSTITUTIONAL RIGHTS, AND DUE
PROCESS RIGHTS HAVE BEEN VIOLATED BY THE STATE COURTS AND OTHER STATE
AGENCIES,AND IS STILL BEING VIOLATED TO THIS DAY.

THEREFORE PETITIONER HUMBLY ASKS THE FEDERAL COURTS TO GRANT THE
PETITIONER THE IMMEDIATE RELIEF HE SEEKS ON HIS PETITION FOR HARASSMENT.

COMES NOW RICKEY H. HOLMAN, AND SWEARS UNDER PENALTY OF PERJURY
THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE.

RESPECTFULLY SUBMITTED

Ricky Holman

[ RELIEF ]

3. HARASSMENT

COMES NOW RICKEY H. HOLMAN, AND FILES THIS IMMEDIATE RELIEF ON THE PETITION FOR HARASSMENT.

[ RELIEF ]

THE HARASSMENT WARRANT FROM 02/03/06 BE DISMISSED AGAINST PETITIONER AND THE CHARGES DISMISSED.

A PERMANENT INJUNCTION PLACED ON PETITIONERS BEHALF AGAINST THE STATE OF ALABAMA FOR HIS PETITION OF HARASSMENT.

$ 4,000,000.00 FOUR MILLION DOLLARS ALLOTED TO PETITIONER FOR PUNITIVE DAMAGES.

THE IMMEDIATE ACCEPTANCE OF PETITIONERS, PETITION FOR A RE-REVIEW OF HIS [ 1979 ] CONVICTION AND THE RELIEF HEE SEEKS ON THAT PETITION.

A NEW LAW BE ADOPTED ON PETITIONERS BEHALF SO TITLED [ HOLMAN'S LAW ] SEE; ATTACHED LAW TO PETITIONERS CONSPIRACY PETITION.

LETTERS OF REPRIMAND ADMINISTERED TO THE RESPECTIVE PARTIES MENTIONED IN PETITIONERS, PETITION FOR HARASSMENT.

PETITIONER HAS PROVEN HIS PETITION FOR HARASSMENT THEREFORE PETITIONER HUMBLY PRAYS THIS HONORABLE COURT WILL ACCEPT AND GRANT THE PETITIONER THE RELIEF HE SEEKS ON HIS PETITION OF HARASSMENT.

RESPECTFULY SUBMITTED

*Ricky Holman*

[ ALLEGATION ]

RECEIVED

2008 JAN -8  A 11: 58

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

4. CONSPIRACY .

[ FACTS ]

COMES NOW RICKEY H. HOLMAN, AND HUMBLY ASKS THIS COURT TO ACCEPT
THIS PETITION FOR [ CONSPIRACY ] ON HIS BEHALF.

ON  02-03-06, A WARRANT WAS ISSUED ON PETITIONER BY THE  [ LEE COUNTY
SHERIFF'S DEPARTMENT ] ON THE CHARGE OF <u>HARASSMENT</u> .
DUE TO ALLEGATIONS MADE BY PETITIONERS WIFE [ LYNNE NICOLE HOLMAN ],
AND STEPDAUGHTER [ JESSICA LYNN MORGAN ].
PETITIONER CONTENDS THESE ALLEGATIONS WAS BECAUSE OF WIFE
WANTING TO BE WITH PETITIONERS BROTHER [CARLTON HOLMAN].
PETITIONER CONTENDS THAT HIS WIFE [LYNNE N. HOLMAN] WAS
ALSO AWARE THAT PETITIONER WAS GOING TO BRING THE CASE UP
THAT WAS INVESTIGATED BY THE DEPARTMENT OF HUMAN RESOURCES
IN COLUMBIA COUNTY GEORGIA. WHERE SHE WAS CLASSED AS A UNFIT
MOTHER.
TOWIT THEY ARE TOGETHER TO THIS DATE AS A COUPLE.
SEE; GEORGIA DEPARTMENT OF HUMAN RESOURCES RECORDS;;[ COLUMBIA
COUNTY,APPLING GEORGIA ]
CASE WORKER;[ DAVENA DOSS].

ON FEB./ MARCH,  06. PETITIONER CONTENDS THAT HE WAS ARRESTED ON THE
HARASSMENT WARRANT BY THE [ LEE COUNTY SHERIFF'S DEPARTMENT ].
AND PETITIONER WAS ALSO ARRESTED AT THAT TIME FOR  [ FAILING TO
REGISTER AS EX-SEX OFFENDER ].

AS A RESULT OF THE ALLEGATIONS MADE BY PETITIONERS [ WIFE, AND STEP-
DAUGHTER ], A HOLD WAS PLACED ON PETITIONER BY [ TAMARA J. BOOTH ]
OF THE [ INVESTIGATIVE DEPARTMENT OF THE LEE COUNTY SHERIFF'S
DEPARTMENT ].
SO THAT [ TAMARA J. BOOTH ] COULD QUESTION PETITIONER AS TO THE
ALLEGATIONS MADE BY PETITIONERS WIFE AND STEPDAUGHTER.

DUE TO THE ALLEGATIONS OF ABUSE MADE BY PETITIONERS  STEPDUAGHTER
[ JESSICA LYNN MORGAN ], THE [ DEPARTMENT OF HUMAN RESOURCES ],
WAS ALSO NOTIFIED OF THE ALLEGATIONS MADE AGAINST PETITIONER.
AND PETITIONERS STATEMENT TO [ INVESTIGATOR, TAMARA J. BOOTH ]
CONCERNING THE ALLEGATIONS OF STEPDAUGHTER, WAS SUBMITTED
TO THE DEPARTMENT OF HUMAN RESOURCES.

ON THE ALLEGATION OF ABUSE THE CASE WAS INVESTIGATED BY
[ LUCY GRIMES-GAA, DEPARTMENT OF HUMAN RESOURCES,
LEE COUNTY ],AND APPROVED BY HER SUPERVISOR, [ DEBRA SHEPPARD ].
PETITIONER WAS CLEARED OF THOSE ALLEGATIONS.
SEE; [LEE COUNTY DEPARTMENT OF HUMAN RESOURCES ]
LETTER TO LYNNE HOLMAN,MARKED [ CONFIDENTIAL ]
DATE 05/29/2006.

DURING THE PRELIMINARY HEARING ON THE CHARGE OF [ FAILING TO REGISTER
AS EX-SEX OFFENDER  ]. PETITIONER WAS ASKED BY [ CIRCUIT JUDGE....
JUDGE DENSON ] IF PETITIONER COULD AFFORD AN ATTORNEY.
PETITIONER INFORMED THE [JUDGE] THAT NO HE COULD NOT.
THE JUDGE THEN ASKED PETITIONER DID HE KNOW A MR. PHIL THOMPSON

PETITIONER INFORMED THE JUDGE THAT NO HE DIDN'T.
JUDGE DENSON THEN STATED TO PETITIONER THAT HE IS A GOOD LAWYER,
AND A FRIEND OF MINE AND I HIGHLY RECOMMEND HIM.
PETITIONER STATED THAT WOULD BE FINE WITH HIM.
SEE PRELIMINARY HEARING ON CASE  [CC-06-369].

DURING THE PRELIMINARY HEARING PETITIONER WAS ASKED BY HIS THEN
[ STATE APPOINTED ATTORNEY ] PHIL THOMPSON IF HE HAD REGISTERED
WITH THE SEX OFFENDER DEPARTMENT.
PETITIONER THEN INFORMED HIS ATTORNEY THAT HE HAD CALLED
THE REGISTRATION DEPARTMENT IN GEORGIA AND WAS TOLD THAT
I DIDIN'T HAVE TO REGISTER THAT ..THAT LAW DIDNT PERTAIN
TO PETITIONER.
PETITIONER WAS TOLD TO DO SO BEFORE THE STATE CHARGES
PETITIONER WITH ANOTHER FELONY FOR NOT REGISTERING.

DUE TO PETITIONERS IGNORANCE AT THE TIME OF THE LAW,
PETITIONER  PLEAD GUILTY TO THE CHARGE OF FAILING TO REGISTER
AS SEX OFFENDER.
PETITIONER WAS THREATENED WITH FACING [15--99 ] YEARS
FOR PETITIONERS PAST CONVICTIONS.
BUT THE STATE WAS WILLING TO OFFER THE PETITIONER A DEAL OF
[ 3 YEARS PROBATION,[1 YEAR SUPERVISED, AND 2 YEARS UNSUPERVISED.].
SEE CASE;[CC-06-369 ].

AT THE HEARINGS FOR PROBATION APPLICATION PETITIONER TRIED TO INFORM
CIRCUIT JUDGE [JUDGE DENSON ] THAT HE CONTACTED THE GEORGIA DEPARTMENT
OF SEX OFFENDER REGISTRATION AND THAT THE SEX OFFENDER LAWS DID NOT
PERTAIN TO PETITIONER
DUE TO THE STATEMENT [JUDGE DENSON] MADE TO PETITIONER
[I'LL JUST LOCK YOU UP FOR [5 YEARS], PETITIONER THEN SHOWED JUDGE
DENSON THAT HE HAD IN FACT WENT AHEAD AND REGISTERED WITH THE
LEE COUNTY SEX OFFENDER REGISTRATION DEPARTMENT.
SEE SEX OFFENDER REGISTRY FOR THE STATE OF ALABAMA.

ON 05/03/2007,PETITIONER WAS AGAIN PUT UNDER INVESTIGATION BY THE
DEPARTMENT OF HUMAN RESOURCES.
FOR THE ALLEGATION OF SUSPECTED CHILD ABUSE OF PETITIONERS [2]
DAUGHTERS.
PETITIONER WAS NEVER INFORMED BY THE DEPARTMENT OF HUMAN
RESOURCES OF LEE COUNTY,
THAT HE WAS UNDER INVESTIGATION FOR THESE ALLEGATIONS.
AND PETITIONER WAS NEVER ASKED TO GIVE A STATEMENT TO THE ALL-
GATIONS.
BY THE INVESTIGATIVE DEPARTMENT OF THE LEE COUNTY SHERIFF'S
DEPARTMENT
SEE;LEE COUNTY DEPARTMENT OF HUMAN RESOURCES LETTER MARKED
[CONFIDENTIAL]DATED 05/03/2007.
SEE DEPARTMENT OF HUMAN RESOURCES RECORDS OF CASE WORKER
[ YARBI COUND;; APPROVED BY HER SUPERVISOR [ DEBRA SHEPPARD ].
SEE; INVESTIGATION RECORDS OF [ TAMARA J.BOOTH ]
WHO IS AN INVESTIGATOR FOR THE LEE COUNTY  SHERIFF'S
DEPARTMENT WHO IS OVER THAT DEPARTMENT.

ON APRIL 7/,2007 PETITIONER WAS AT HOUSE  OF HIS WIFE TO SPEND
EASTER WITH HIS KIDS.PETITIONERS [4] KIDS WAS THERE AND HIS
SISTER [SHERRIE HOLMAN ] WAS THERE.PETITIONERS WIFE WAS THERE
AND PETITIONERS BROTHER [CARLTON HOLMAN] WAS THERE

THEY BOTH HAD TO GO TO WORK LATER THAT EVENING.
BEFORE THEY WENT TO WORK PETITIONERS OTHER SISTER [VICKIE STAFFORD]
BROUGHT HER DAUGHTER[ NICOLE STAFFORD ]OVER.
BEFORE PETITIONERS WIFE WENT TO WORK PETITIONER OBSERVED
[LYNNE HOLMAN] GIVING [NICOLE STAFFORD] OVER $20.00 DOLLARS IN
MONEY. PETITIONER ASKED HIS WIFE WHY WAS SHE GIVING HER SO MUCH
CASH.PETITIONERS WIFE STATED FOR CLEANING THE HOUSE.
PETITIONER CONTENDS THAT HIS WIFE WAS PAYING PETITIONERS NIECE TO
MAKE THE ALLEGATIONS AGAINST PETITIONER.

ON APRIL,7/8,2007 WHILE AT MY WIFE'S HOUSE PETITIONERS NIECE WAS
BROUGHT OVER TO WHERE PETITIONER WAS AT. SO THAT ANOTHER
CHARGE OF ABUSE COULD BE ALLEGED AGAINST PETITIONER .
IN A ORCHASTRATED EFFORT BY PETITIONERS WIFE TO GET CUSTODY
OF PETITIONERS [4] KIDS, SINCE WIFE COULD NOT PUT PETITIONER IN
DIVORCE COURT,AND GET CUSTODY OF KIDS.
DUE TO PETITIONERS WIFE HAVING ACTIVE WARRANTS ON HER FROM POLK
COUNTY FLORIDA.
SEE;COMPUTER PRINT OUT OF ACTIVE WARRANTS ON [LYNNE N. MORGAN,,ALIAS
LYNNE N. HOLMAN] FROM THE PROBATION OFFICE OF POLK COUNTY FLORIDA.
PROBATION OFFICER;;[CHRISTY MILLER[863/419-3344].
TOWIT PETITIONER CALLED CHRISTY MILLER AND INFORMED HER OF PETITIONERS
WIFE'S LOCATION,BUT WAS INFORMED THAT FLORIDA DID NOT HAVE JURISDICTION
IN ALABAMA.
SEE; COPY OF PETITIONERS MARRIAGE CERTIFICATE [LEE COUNTY],
AS TO PETITIONERS WIFE'S NAME BEFORE SHE MARRIED PETITIONER.

DURING THE INVESTIGATION ON THE ALLEGED OF ABUSE OF PETITIONERS
NIECE ON 7/8,20007.
AND AFTER PETITIONER DISCOVERED THE TRUE REASON AS TO WHY
PETITIONERS WIFE NEVER WISHED TO GO BACK TO FLORIDA.
PETITIONER INFORMED [ TAMARA J. BOOTH ] OF THE LEE COUNTY
SHERIFF'S DEPARTMENT THAT PETITIONERS WIFE HAD ACTIVE
WARRANTS ON HER IN POLK COUNTY FLORIDA.
PETITIONER CONTENDS THAT  THE DEPARTMENT OF HUMAN RESOURCES
DID NOT FOLLOW DEPARTMENTAL PROCEEDURES IN THE INVESTIGATION OF THE
ALLEGATIONS AGAINST PETITIONER.
AND IS IN A CONSPIRACY WITH PETITIONER WIFE TO TAKE PETITIONERS KIDS
AWAY FROM PETITIONER.
SEE;PETITIONERS LETTER OF APPEAL,CONCERNING ALLEGATIONS OF ABUSE
OF NIECE.
SEE;STATEMENTS MADE BY PETITIONERS SISTER [SHERRIE HOLMAN ]
AND BROTHER [CARLTON HOLMAN], THAT WAS SUBMITTED TO THE
DEPARTMENT OF HUMAN RESOURCES RECORD REVIEW BOARD;
[ PAMELA D. LOVELACE] CASE; # 36246.
SEE;; STATEMENT OF PETITIONER GIVEN TO [ INVESTIGATOR,TAMARA J. BOOTH]
ON THE ALLEGATION OF ABUSE AGAINST PETITIONERS NIECE..
SEE;;[ DEPARTMENT OF HUMAN RESOURCES LETTER MARKED AS [CONFIDENTIAL
DATED 05/24/2007,ADRESSED TO MR.RICKY HOLMAN.
SEE DEPARTMENT OF HUMAN RESOURCES RECORDS FROM THE ALLEGATION
OF ABUSE;[CASE WORKER;; LUCY GRIMES-GAA] APPROVED[DEBRA SHEPPARD ]

ON 05/14/07,PETITIONER ATTENDED A [ ISP, MEETING ]
[INDIVIDUALIZED SERVICE PLAN, CASE [ #44477 ]
IN WHICH PETITIONER ATTENDED THE MEETING.
AT THIS MEETING PETITIONERS WIFE BLURTED OUT TO
[ GINA BRANTLEY ],AND EVERYONE PRESENT.
THAT SHE THOUGHT THE MEETING WAS TO STRIP

PETITIONER OF HIS PARENTAL RIGHTS.
BUT WAS INFORMED BY [ GINA BRANTLEY ]
THAT THE DEPARTMENT OF HUMAN RESOURCES DIDN'T
HAVE THE AUTHORITY TO DO THAT ONLY A JUDGE HAD THAT KIND OF
AUTHORITY.
PETITIONER CONTENDS THAT EVEN THOUGH [GINA BRANTLEY ] MADE THE
STATEMENT THAT THE DEPARTMENT OF HUMAN RESOURCES COULDN'T
TAKE AWAY PETITIONERS PARENTAL RIGHTS THE VERY WORDING OF THE
[INDIVIDUALIZED SERVICE PLAN ] DOES EXACTLY THAT.
PETITIONER CONTENDS THE DEPARTMENT OF HUMAN RESOURCES
IS CONSPIRING WITH PETITIONERS WIFE TO TAKE PETITIONERS KIDS
AWAY FROM PETITIONER.
SEE; [ INDIVIDUALIZED SERVICE PLAN,[ CASE #44477 ].

ON 06/26/2007,PETITIONERS WIFE [LYNNE HOLMAN, LINDA LITTLETON,AND
GINA BRANTLEY],ATTENDED ANOTHER [ ISP,MEETING ].
[ INDIVIDUALIZED SERVICE PLAN,CASE [ #44477 ] MARKED AS REVIEW.
WHICH PETITIONER DID NOT SIGN BECAUSE PETITIONER DID NOT ATTEND THE
MEETING.
PETITIONER CONTENDS THAT EVEN THOUGH THE RECORDS PLAINLY SHOWS
THAT PETITIONER DID NOT ATTEND THE MEETING.
PETITIONERS NAMED WAS FORGED ON THE DOCUMENT.
SEE [ INDIVIDUALIZED SERVICE PLAN CASE; #44477 ]
MARKED AS REVIEW DATED, 06/26/07,PAGE 1 CONTINUED PAGE 1 .
HAND TYPED AND TRANSFERRED TO THE SECOND MEETING.
WITHOUT ORAL AND,WRITTEN PERMISSION FROM THE PETITIONER.
SIGNED BY [ GINA BRANTLEY; APPROVED BY HER SUPERVISOR,
RHONDA BROOKS ].

PETITIONER CONTENDS THAT THE DEPARTMENT OF HUMAN RESOURCES
IS INVOLVED IN A CONSPIRACY WITH PETITIONERS WIFE TO TAKE PETITIONERS
KIDS AWAY FROM PETITIONER. DUE TO PETITIONERS WIFE STATING TO
PETITIONER THAT IF ANYTHING HAPPENED TO HER CONCERNING HER WARRANTS
IN POLK COUNTY FLORIDA THAT HER NEXT OF KIN WOULD GET CUSTODY OF OUR
KIDS.
SEE; DOCUMENTATION SUBMITTED TO THE DEPARTMENT OF HUMAN RESOURCES OF
LEE
COUNTY, BY PETITIONERS WIFE [ LYNNE N. HOLMAN ].
EVEN THOUGH PETITIONER HAS COOPERATED FULLY WITH THE DEPARTMENT OF
HUMAN RESOURCES CONCERNING ALL  AND ANY ,ALLEGATIONS OF ABUSE AGAINST
PETITIONERS BIOLOGICAL CHILDREN AND ALL ALLEGATIONS HAVE BEEN
UNSUBSTANTIATED.

PETITIONER CONTENDS THAT THE LEE COUNTY SHERIFF'S DEPARTMENT
AND THE STATE COURTS IS INVOLVED IN THIS CONSPIRACY ON BEHALF
OF THE ALLEGATIONS THAT PETITIONERS WIFE AND STEP DAUGHTER MADE
AGAINST PETITIONER ON 02/03/06 OF HARASSMENT.
SEE;PETITIONERS...PETITIONS FOR [ WRONGFUL ARREST AND PETITION FOR
WRONGFUL CONVICTION ].

PETITIONER CONTENDS THAT AFTER HE DISCOVERED THAT HIS WIFE HAD ACTIVE
WARRANTS ON HER IN POLK COUNTY FLORIDA THAT HE SUBMITTED A
COPY TO THE HOUSING AUTHORITY FOR RUSSELL AND LEE COUNTIES
AND PETITIONERS WIFE [ LYNNE N. HOLMAN ] IS STILL TO THIS DAY
ON HOUSING.
PETITIONER CONTENDS THE HOUSING AUTHORITY IS IN CONSPIRACY WITH
PETITIONERS WIFE.
SEE; DEPARTMENTAL PROCEEDURES AND POLICIES GOVERNING STATE

HOUSING AND OR[ HUD ].

PETITIONER CONTENDS THAT HIS DUE PROCESS RIGHTS CONSTITUTIONAL RIGHTS AND CIVIL RIGHTS HAVE BEEN VIOLATED AND IS STILL BEING VIOLATED TO THIS DAY.

PETITIONER CAN SEEK NO JUSTICE FROM THE STATE OR ANY OF THE STATE AGENCIES MENTIONED IN THIS PETITION.

SO THEREFORE PETITIONER HUMBLY ASKS THIS COURT [ FEDERAL COURTS ] TO REVIEW PETITION AND GRANT THE PETITIONER THE RELIEF HE SEEKS ON HIS PETITION OF [ CONSPIRACY ]

RESPECTFULY SUBMITTED

[ RELIEF ]

4. CONSPIRACY

COMES NOW RICKY H. HOLMAN, AND FILES THIS IMMEDIATE RELIEF ON THE PETITION FOR
CONSPIRACY,

[ RELIEF ]

A NEW LAW BE ADOPTED ON PETITIONERS BEHALF SO TITLED [ HOLMANS LAW ]
SEE; ATTACHED DOCUMENT TITLED [ HOLMAN'S LAW ], AND STATEMENT SUPPORTING.

THE ALABAMA STATE LAW MAKERS TO RE-EVALUATE, AND BETTER DEFINE THE
LAW ADOPTED SO TITLED [ MEGAN'S LAW ] SO AS NOT TO CLUSTER OUR
COURTS WITH PETITIONS AND LAW SUITS IN THE FUTURE.

THE SUSPENSION OF RETRO-ACTIVE, FROM NEWLY ADOPTED LAWS,
AND THE PROPER WORD AMENDED SPEAK FOREVER FOR ITSELF.
ANY LAW [ AMENDED ] SHALL COMMINCE FROM THE DAY IT
WAS ADOPTED, BY ANY STATE THAT FLIES THE UNITED STATES
FLAG, AND IS GOVERNED BY THE CONSTITUTION OF THE UNITED STATES.

THE STATE OF ALABAMA TO DISMISS ALL CHARGES,AND EXPUNGE PETITIONERS
RECORDS, AND REINSTATE PETITIONERS CIVIL RIGHTS ON HIS PETITIONS.

THE DEPARTMENT OF HUMAN RESOURCES TO DEVELOP AND MAINTAIN A
BOOKLET AFFORDED TO INDIVIDUALS TO WHICH ANY CHARGE MAY
BE A RESULT OF AN INVESTIGATION. THE DUE PROCESS RIGHTS AND
PROCEEDURES AFFORDED THEM DURING THE INVESTIGATION.

THE STATE TO APPLY THE LAW ACCORDINGLY TO PETITIONERS WIFE
[ LYNNE N. HOLMAN ] ON HER WARRANTS FROM POLK COUNTY
FLORIDA. SINCE SHE HAD ALREADY BEEN CONVICTED IN A STATE
COURT BUT RAN TO ESCAPE JUSTICE.

THE BAN IMPOSED UPON PETITIONER BY THE DEPARTMENT OF HUMAN
RESOURCES REGARDING HIS KIDS BE DISMISSED SINCE PETITIONER SHOWS THAT ALL
ALLEGATIONS WAS UNSUBSTANTIATED.

LETTERS OF REPRIMAND ADMINISTERED UPON ALL INDIVIDUALS
LISTED IN PETITIONS ON PETITIONERS BAHALF.

$ 29,000,000.00, TWENTY NINE MILLION DOLLARS ALLOTED TO PETITIONER
FOR PUNITIVE DAMAGES.

PETITIONER PLAINLY SHOWS THE COURTS, THROUGH COURT RECORDS
AND OTHER RECORDS FROM STATE AGENCIES THAT PETITIONER DOES
NOT HAVE ACESS TO.
THAT A CONSPIRACY IS GOING ON AGAINST PETITIONER BY THE STATE AND OTHER
STATE AGENCIES.

AND THAT PETITIONERS CONSTITUTIONAL RIGHTS, CIVIL RIGHTS, AND DUE PROCESS
RIGHTS HAVE BEEN VIOLATED AND IS STILL BEING VIOLATED TO THIS DATE.

THEREFORE PETITIONER HUMBLY PRAYS THIS HONORABLE COURT WILL ACEEPT
AND GRANT THE PETITIONER THE RELIEF HE SEEKS ON HIS PETITION OF CONSPIRACY

RESPECTFULY SUBMITTED

Ricky Holmore

## [ FACTS SUPPORTING ALLEGATIONS ]

COMES NOW RICKEY H. HOLMAN, AND SUBMITTS THE FOLLOWING FACTS SUPPORTING
HIS ALLEGATION FOR;

5. FORGERY .

COMES NOW RICKEY H. HOLMAN,AND HUMBLY ASKS THIS COURT TO ACCEPT
THIS PETITION FOR [ FORGERY ]ON HIS BEHALF.

ON 05/10/07. PETITIONER SIGNED A [ INDIVIDUALIZED SERVICE PLAN ]
SEE; DEPARTMENT OF HUMAN RESOURCES CASE; [ # 44477 ]
PETITIONER HAND SIGNED HIS SIGNATURE TO PAGE [1].
ON PAGE [1] CONTINUED ALL SIGNATURES WERE HAND TYPED.
PETITIONER WAS PRESENT AT THIS MEETING.

ON 06/26/07.PETITIONER CONTENDS THE DEPARTMENT OF HUMAN RESOURCES
HELD ANOTHER MEETING WHICH PETITIONER WAS NOT PRESENT.
SEE [ INDIVIDUALIZED SERVICE PLAN ] MARKED AS REVIEW.
DEPARTMENT OF HUMAN RESOURCES CASE; [ # 44477 ]
SEE ALSO THE SIGNATURE OF THE [ 3 ] PEOPLE WHO
ATTENDED THE MEETING.

PETITIONER CONTENDS THE DEPARTMENT OF HUMAN RESOURCES FORGED
PETITIONERS NAME PUTTING PETITIONER AT THE SECOND MEETING.
SEE [ INDIVIDUALIZED SERVICE PLAN ] CASE; [ # 44477 ].
PAGE [1] OF THE [3] PEOPLE WHO ATTENDED THE MEETING.
SEE; PAGE [1] CONTINUED WHERE PETITIONERS NAME WAS HAND TYPED.
AND TRANSFERRED TO THE SECOND MEETING.
WITHOUT PETITIONERS WRITTEN OR,ORALL CONSENT.

PETITIONER CONTENDS HIS CONSTITUTIONAL RIGHTS, CIVIL RIGHTS, AND DUE
PROCESS
HAVE BEEN VIOLATED. AND IS STILL BEING VIOLATED TO THIS DAY.

THEREFORE PETITIONER HUMBLY ASKS THEFEDERAL COURTS TO GRANT THE
PETITIONER
THE RELIEF HE SEEKS IMMEDIATELY ON HIS PETITION OF FORGERY.

COMES NOW RICKEY H. HOLMAN, AND SWEARS UNDER PENALTY OF PERJURY
THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE.

RESPECTFULLY SUBMITTED

[ FORGERY ]

5. FORGERY

COMES NOW RICKEY H. HOLMAN, AND FILES THIS IMMEDIATE RELIEF ON THE
PETITION FOR FORGERY.

[RELIEF ]

THE IMMEDIATE RESIGNATION OF GINA BRANTLEY FROM THE DEPARTMENT
OF HUMAN RESOURCES NEVER TO HOLD A JOB WITH ANY STATE DEPARTMENT
AGAIN.

THE IMMEDIATE RESIGNATION OF HER SUPERVISER RHONDA BROOKS
FROM THE DEPARTMENT OF HUMAN RESOURCES NEVER TO HOLD A
JOB WITH ANY STATE DEPARTMENT AGAIN.

THE IMMEDIATE ACCEPTANCE OF PETITIONERS,PETITION FOR A RE-REVIEW OF
HIS [ 1979 ] CONVICTION AND THE RELIEF HE SEEKS ON THAT PETITION.

A PERMANENT INJUNCTION PLACED ON PETITIONERS BEHALF AGAINST THE
DEPARTMENT OF HUMAN RESOURCES

$ 4,000,000.00 FOUR MILLION DOLLARS ALLOTED TO PETITIONER FOR
PUNITIVE DAMAGES.

PETITIONER HAS PROVEN HIS PETITION FOR FORGERY
THEREFORE PETITIONER HUMBLY  PRAYS THIS HONORABLE
COURT WILL ACCEPT AND GRANT THE PETITIONER THE RELIEF
HE SEEKS ON HIS PETITION OF FORGERY.

RESPECTFULY SUBMITTED

[ <u>FACTS SUPPORTING ALLEGATIONS</u> ]

COMES NOW RICKEY H. HOLMAN, AND SUBMITTS THE FOLLOWING FACTS SUPPORTING
HIS ALLEGATION FOR;

6. <u>SLANDER</u> .

PETITIONER CONTENDS THAT DUE FROM BEING THREATENED WITH ANOTHER FELONY
CHARGE BEING PLACED ON PETITIONER THAT HE WAS TOLD BY HIS COURT
APPOINTED ATTORNEY [ PHIL THOMPSON ] THAT HE HAD BETTER REGISTER.

PETITIONER REPORTED TO [ LT. MAJORS ] AND REGISTERED WITH THE LEE
COUNTY SEX OFFENDER DEPARTMENT.
SEE; LEE COUNTY REGISTRATION FOR SEX OFFENDERS.
SEE ;ALABAMA BUREAU OF INVESTIGATION, SEX OFFENDER REGISTRY
MONTGOMERY, ALABAMA.

PETITIONER CONTENDS THAT TIME HAD EXPIRED FOR PETITIONER TO
REGISTER AS EX-SEX OFFENDER.
SEE;PETITIONERS WRONGFUL CONVICTION PETITION.
AND THAT PETITIONER WAS MADE TO DO SO ALL BECAUSE OF THE
ALLEGATIONS MADE BY PETITIONERS WIFE AND STEPDAUGHTER.

PETITIONER CONTENDS THAT THE STATE HAS SLANDERED PETITIONERS
NAME AND LIKENESS BY NOTIFYING EVERYONE WITHIN A [ 2000 ]
FOOT RADIUS WHERE PETITIONER IS REGISTERED TO LIVE
AND BY POSYING HIS NAME AND LIKENESS OVER THE INTERNET
AND ANYPLACE WHERE SEX OFFENDERS ARE POSTED FOR PUBLIC
INSPECTION.

PETITIONER CONTENDS HIS CONSTITUTIONAL RIGHTS, CIVIL RIGHTS, AND DUE
PROCESS RIGHTS HAVE BEEN VIOLATED. AND IS STILL BEING VIOLATED
TO THIS DAY.

THEREFORE PETITIONER ASKS THE FEDERAL COURTS TO GRANT THE
PETITIONER THE IMMEDIATE RELIEF HE SEEKS ON HIS PETITION
FOR SLANDER.

COMES NOW RICKEY H. HOLMAN AND SWEARS UNDER PENALTY OF
PERJURY THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF
HIS KNOWLEDGE.

<u>RESPECTFULLY SUBMITTED</u>

*Rickey Holman*

[ FORGERY ]

5. FORGERY

COMES NOW RICKEY H. HOLMAN, AND FILES THIS IMMEDIATE RELIEF ON THE
PETITION FOR FORGERY.

[RELIEF ]

THE IMMEDIATE RESIGNATION OF GINA BRANTLEY FROM THE DEPARTMENT
OF HUMAN RESOURCES NEVER TO HOLD A JOB WITH ANY STATE DEPARTMENT
AGAIN.

THE IMMEDIATE RESIGNATION OF HER SUPERVISER RHONDA BROOKS
FROM THE DEPARTMENT OF HUMAN RESOURCES NEVER TO HOLD A
JOB WITH ANY STATE DEPARTMENT AGAIN.

THE IMMEDIATE ACCEPTANCE OF PETITIONERS,PETITION FOR A RE-REVIEW OF
HIS [ 1979 ] CONVICTION AND THE RELIEF HE SEEKS ON THAT PETITION.

A PERMANENT INJUNCTION PLACED ON PETITIONERS BEHALF AGAINST THE
DEPARTMENT OF HUMAN RESOURCES

$ 4,000,000.00 FOUR MILLION DOLLARS ALLOTED TO PETITIONER FOR
PUNITIVE DAMAGES.

PETITIONER HAS PROVEN HIS PETITION FOR FORGERY
THEREFORE PETITIONER HUMBLY  PRAYS THIS HONORABLE
COURT WILL ACCEPT AND GRANT THE PETITIONER THE RELIEF
HE SEEKS ON HIS PETITION OF FORGERY.

RESPECTFULY SUBMITTED

*Ricky Holman*

[ ALLEGATION AND FACTS SUPPORTING ALLEGATION ]

RECEIVED

2008 JAN -8  A 11: 58

HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

COMES NOW RICKEY H. HOLMAN, [ ALIAS ]; RICKY H. HOLMAN, AND SUBMITTS

BEFORE THIS COURT THE FOLLOWING ALLEGATION THAT HIS [ 1979 ] CONVICTION

ON CASE; [ CC-79-468 ]. HAS CREATED A STIGMA AGAINST PETITIONER OF

SUCH GREAT MAGNITUDE THAT PETITIONER CAN SEEK NO JUSTICE ON ANY

LEVELS OF STATE COURTS, AND STATE AGENCIES.

SEE PETITIONERS SUBMISSION TO THE FEDERAL COURTS HIS WRIT OF

HABEAS CORPUS ENCLOSED;SEE ALSO ALLEGATIONS PETITIONER

HAS SUBMITTED BEFORE THE FEDERAL COURTS ON HIS WRIT.

THEREFORE PETITIONER PETITIONS THE FEDERAL COURTS FOR A REVIEW

OF HIS [ 1979 ] CONVICTION ON THESE GROUNDS. AND PRAYS THIS HONORABLE

COURT WILL GRANT PETITIONER THE IMMEDIATE RELIEF HE SEEKS ON HIS [ 1979 ]

CONVICTION.

COMES NOW PETITIONER AND RAISE THESE GROUNDS ON HIS [ 1979 ]

CONVICTION.

1. THE DISTRICT ATTORNEY WITH HELD VALUABLE INFORMATION FROM THE
   CIRCUIT JUDGE, HONORABLE JAMES T. GULLAGE, AND FROM PETITIONERS
   ATTORNEY; THOMAS E. JONES, AND THE DEFENDANT;
   THAT IF HAD BEEN KNOWN AT TIME OF TRIAL ON CASE [ CC-79-468 ],
   WOULD IN FACT HAVE CHANGED THE OUTCOME OF THE TRIAL DRAMATICALLY.

2. PETITIONER PLAINLY SHOWS THAT AT TIME OF HIS ARREST AND CONVICTION
   THAT HE WAS [ 16 ] A MINOR. AND THAT VICTIM WAS A WOMAN
   SEE; CASE [ CC-79-468 ], AFFIDAVIT CHARGING CRIME,AND INDICTMENT.

3. PETITIONER  CONTENDS THAT IF THE STATE HAD INDEED APPLIED THE LAWS
   ACCORDINGLY THEN PETITIONER WOULD NOT HAVE BEEN CONVICTED ON
   CASE; [ CC-79-468 ]

PETITIONER CONTENDS THAT ON 12/16/83, PETITIONER FILED A WRIT OF ERROR
CORUM
NOBIS ON CASE; [ CC-79-468 ],
PETITIONER CONTENDS THAT ON 01/08/85 THE ALABAMA COURT OF CRIMINAL
APPEALS
OVERRULED PETITIONERS APPLICATION FOR REHEARING.
AND ON 01/28/85 A JUDGEMENT OF AFFIRMANCE WAS ATTACHED TO PETITIONERS
WRIT OF ERROR CORUM NOBIS.DENYING PETITIONER A REHEARING.

PETITIONER CONTENDS THAT BECAUSE OF HIS WRONGFUL CONVICTION ON CASE;
[ CC-79-468 ], THAT HIS LIFE HAS BEEN  UTTERLY AND COMPLETELY DESTROYED
BY THE STATE AND OTHER STATE AGENCIES, AND IS STILL BEING DONE SO TO
THIS DATE.

[ RELIEF ]

1. THE IMMEDIATE ACCEPTENCE OF PETITIONERS WRIT OF HABEAS CORPUS IN
   THE FEDERAL COURTS WHERE PETITIONER SHOWS A STIGMA HAS BEEN
   CREATED AGAINST PETITIONER, BY THE STATE AND THE RELIEF PETITIONER SEEKS ON
   EACH ALLEGATION.

2. THE IMMEDIATE EXPUNGMENT OF PETITIONERS RECORDS ON CASE [ CC-79-468 ]

3. THE IMMEDIATE REINSTATEMENT OF PETITIONERS CIVIL RIGHTS TO PUT
   PETITIONER AT A PRE-CONVICTED STATE.

4. THE ALLOTMENT TO PETITIONER OF THE AMOUNT OF TEN MILLION DOLLARS
   $ 10,000,000.00
   IN PUNITIVE DAMAGES DUE TO PETITIONERS INCARCERATION FOR [ 10 ]
   YEARS.

5. A PERMANENT INJUNCTION PLACED AGAINST THE STATE AND OTHER
   STATE AGENCIES,, ON PETITIONERS BEHALF CONCERNING ALL THE ALLEGATIONS
   LISTED IN PETITIONERS WRIT OF HABEAS CORPUS.

RESPECTFULLY SUBMITTED

*Ricky Holman*

*Linda Newsome - Notary*
*Commission Expires - October 11, 2009*

<u>RESPECTFULLY SUBMITTED</u>

COMES NOW RICKEY H. HOLMAN AND SWEARS UNDER PENALTY OF PERJURY
AND STATES THAT I HAVE SENT COPIES OF THIS PETITION TO THE FOLLOWING

1. FEDERAL COURTS

2. STATE  REPRESENTATIVE

3. GOVENORS OFFICE

4. [ NAACP, ALABAMA CHAPTER ]

5. PERSONAL COPY

RESPECTFULLY SUBMITTED

RICKEY H. HOLMAN
190 LEE ROAD 432
SMITH'S  STATION, ALABAMA 36877
TELEPHONE; [334 ] 732-2973

Done this 7th day of
January 2008.

*Rickey Holman*

Linda Newsome - Notary
Commission Expires - October 11, 2009

Mr. Kickey H. Holman
190 Lee Rd. 432
Smith's Station, Alabama
36877




7006 0810 0003 1938 6637





UNITED STATES
POSTAL SERVICE

0000        36104

U.S. POST
PAID
SMITHS STATIO
36877
JAN 07.
AMOUNT
$7.8
000638

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

United States
District Court For The Middle District
Of Alabama
Northern Division
" Federal Courts"
800 Dexter Avenue
Montgomery, Alabama
36104
Lee Street

*See Reverse Side For Easy Opening Instructions*

CORINNE T. HURST
2311 GATEWAY DRIVE RM 104
OPELIKA AL 36801-6847

**RETURN SERVICE REQUESTED**
**COLLAPSED CASES**

PRSRT  FIRST CLASS
US POSTAGE PAID
MONTGOMERY, AL
PERMIT #994



HOLMAN RICKY
190 LEE RD 432
SMITHS, AL 36877-3007

(12/28/2007)                                            FORM: S468



* * * IN THE DISTRICT COURT OF LEE COUNTY * * *

CASE(S) LISTED BELOW ARE SET ON 01/08/2008
AT: COURTROOM 2
LEE COUNTY COURTHOUSE
OPELIKA  ALABAMA

JUDGE: MICHAEL A NIX

| CASE NUMBER | TIME | DESCRIPTION |
|---|---|---|
| DC200700255900 | 09:00AM | BENCH TRIAL |

## AAAa Bonding Co.
## or
## Anytime Bonding Co.

**Please Call These
Phone Numbers To
Check-In
334-705-6660
1-800-430-2020**

## CONDITIONS OF RELEASE

These are the conditions of release you must comply with if you are to be or remain bonded from jail by this agency.

**Initial below**

(      ) Telephone check-in from 8:00 am - 5:00 pm cst Monday thru Friday once weekly
or after hours leave message on answering machine.
Specifics:    **Daily**_____    **Monthly**_____

(      ) Attend all court dates.

(      ) Notify us of any change in your court dates and status.

(      ) Notify us of any changes of address, job, or phone numbers.

(      ) Obtain our permission to leave town, county, and/or state.  **Remember** you have been released to
our custody.

(      ) Commit no additional acts which can result in your rearrest.

(      ) Call us with questions or concerns.

(      ) Additional Conditions:_____

Failure to comply with these conditions of release shall be grounds to revoke your bond and to arrest and surrender you to the proper authorities.

In the event of your arrest and surrender to the authorities you and your indemnitor shall be responsible for the fees arising from such arrest.  All collateral shall be held until the fees arising from arrest are paid in full.  In the event of forfeiture on your bond, after all efforts to collect forfeiture(bond) amount, all collateral that is held in our possession or that is signed to us shall be sold to the highest bidder to satisfy the bond forfeiture, recovery fees, and court costs.  Collateral that is signed to us shall not be sold, traded, or otherwise liquidated by defendant or indemnitor until the bond is exonerated or discharged.

"I have read, understand, and agree to these conditions of release."

_____

_____

STATE OF ALABAMA
PROBATION AND PAROLE OFFICE
OPELIKA, ALABAMA
10/05/2007

RICKY HERMAN HOLMAN
190 LEE ROAD 432
SMITHS, AL  36877
334-732-2979

ON THE 05 DAY OF OCTOBER 2006, YOU WERE RELEASED ON PROBATION
BY THE COURT.  AT THE TIME OF YOUR RELEASE YOU WERE INSTRUCTED TO
ABIDE BY ALL THE CONDITIONS OF YOUR PROBATION.

SINCE YOUR SENTENCE IS COMPLETE IT WILL NOT BE NECESSARY FOR YOU TO
SEND A MONTHLY REPORT AND/OR SUPERVISION FEE TO THE PROBATION OFFICE,
AND I WILL NOT VISIT YOU AS I HAVE IN THE PAST.

WITH BEST WISHES.

YOURS VERY TRULY,

BY REBECCA PEEK
PROBATION OFFICER

NAME: Ricky Holman

CC-06-369

Your next court date is

**AUGUST 30, 2007 AT 9:00 A.M.**

to be held in
Courtroom 4
Lee County Justice Center
2311 Gateway Drive
Opelika, AL 36803





# SHERIFF OF LEE COUNTY
## JAY JONES

E-mail:
lcso@leecountysheriff.org

P.O. BOX 688
OPELIKA, AL  36803-0688



Phone (334) 749-5651
Fax (334) 749-4835

**Date:**     **February 3, 2006**

**Name:**     **Ricky Holman**

**Address:**     **610 Lee Rd. 303**
**Smiths, AL 36877**

**THIS OFFICE HOLDS A WARRANT FOR YOUR ARREST FOR:**

Harassment

**YOU MAY BE ABLE TO AVOID BEING ARRESTED AND BROUGHT TO JAIL BY MAKING ARRANGEMENTS WITH THIS OFFICE TO SIGN AN APPEARANCE BOND. THERE IS NO FEE FOR SIGNING THIS BOND, BUT YOU WILL BE REQUIRED TO APPEAR IN COURT ON THIS CASE SINCE A JUDGE HAS ISSUED THE WARRANT AGAINST YOU.**

**THIS NOTICE IS BEING SENT TO YOU GIVING YOU THE OPPORTUNITY TO TAKE CARE OF THIS MATTER AS SOON AS POSSIBLE.  THIS WARRANT WILL REMAIN IN EFFECT UNTIL YOU HAVE SIGNED AN APPEARANCE BOND AND GIVEN A NEW COURT DATE OR ARE ARRESTED ON THE OUTSTANDING WARRANT. IF YOU ARE STOPPED IN YOUR VEHICLE, HAVE A BACKGROUND CHECK RUN WHEN APPLYING FOR EMPLOYMENT OR A PISTOL PERMIT, THIS WARRANT WILL SHOW UP AND YOU COULD BE ARRESTED AND BROUGHT TO THE LEE COUNTY JAIL, WHERE YOU WILL BE HELD UNTIL YOU CAN MAKE BOND AND BE RELEASED.**

**PLEASE CONTACT THE WARRANTS CLERK BETHANY FULGHUM AT THE LEE COUNTY SHERIFF'S OFFICE AT (334) 749-5651, TO MAKE ARRANGEMENTS TO HAVE THE WARRANT CLEARED.**

—19—

Possible Active Warrant                    *Evidence 2*                    Page 1 of 2

| News Room | Fugitives | Missing | Jobs | Directory | About | | Home |

# Polk County Sheriff's Office
# Possible Active Warrant

This information is not to be used as a confirmation or probable cause that any warrant is active.
Information contained herein should not be relied upon for any type of legal action.  If you know the
whereabouts of any wanted person, do not take action on your own!

Warrant Number: CF95-3520A1-XX        Date of Warrant: 07/02/1996
PCSO Case Number: 1996-012946

Name: MORGAN, LYNNE N
Race: W  Sex: F  DOB: 08/07/1974  Height: 501  Weight: 115
Address: 301 LAKE DALE DR                City, State: AUBURNDALE, FL

Type: FELONY
Offense: 5012 PROB VIOLATION
Original Offense: 2399 LARCENY

State Remarks: VOP GR THEFT FORGERY

*863 419 3344* (handwritten)

*Chesty Miller* (handwritten)

|   Report This Person   |

## Do you know this wanted person?
If you know the whereabouts of this wanted person, do not take action on your own!

Please click on the "Report This Person" button above and complete the anonymous tip
form.  You may also call the Warrants Unit at 941 534-6278 or toll-free at
1 800 226-0344 ext. 6278.

## Are you a wanted person?
If there is an outstanding warrant for your arrest, we will as a courtesy allow you to turn
yourself in at the Central Booking Office of the Polk County Sheriff 's Office located at 455
North Broadway Avenue, Bartow, Florida.

- You will need to bring photo identification with you when you report to Central
  Booking.
- Your bail may be posted by cash or surety (bondsman) after your paperwork has been
  processed.
- The warrant for your arrest has been entered into the statewide computer system. It
  is probable that any contact with a law enforcement officer will result in your
  immediate arrest and incarceration.
- If you fail to turn yourself in, this matter will be resolved at our convenience. A
  deputy sheriff will take whatever measures are necessary to locate you and execute
  the warrant for your arrest.

http://www.polksheriff.org/cgi-bin/warrants2?1996012946                    5/15/2007



County Probation Division Contact Information

| Title | Name and e-mail link | Phone |
| --- | --- | --- |
| Division Director | Lisa W. Ewing | (863) 534-4125 |
| Program Manager | Gregory McMillin | (863) 534-4145 |
| Program Manager | Dale Wojdyla | (863) 534-4147 |
| Office Manager | Alicia Edwards | (863) 534-4136 |
| Fiscal Specialist II | Cathy Rudolph | (863) 534-4138 |
| Fiscal Specialist I | Jettie Gibson | (863) 534-4143 |
| Senior Probation Officer - Bartow | Michelle Thurner | (863) 534-4146 |
| Electronic Monitoring Officer | Andrea Link | (863) 534-4129 |
| Electronic Monitoring Officer | Theresa Bardwell | (863) 534-5800 |
| Alternative Community Service Officer | Lourdes Rodriguez | (863) 534-4141 |
| DUI Drug Court Probation Officer | Lydia Taylor | (863) 534-5812 |
| Probation Officer | Michael J. Brown | (863) 534-4132 |
| Probation Officer | Kathy Haley | (863) 534-4135 |
| Probation Officer | Cristina Morris | (863) 534-4144 |
| Probation Officer | Stephanie Nance | (863) 534-4128 |
| Probation Officer | Joni Simmons | (863) 534-4131 |
| Service Representative | Raechel Gilley | (863) 534-4124 |
| Service Representative | Lenore Hanzalik | (863) 534-4125 |
| Senior Probation Officer - Lakeland | Art Schreckengost | (863) 603-6431 x265 |
| Probation Officer | Bill Baggett | (863) 603-6431 x258 |
| Probation Officer | Tracy Nelson Chapman | (863) 603-6431 x269 |
| Probation Officer | Gene Cox | (863) 603-6431 x208 |
| Probation Officer | Andrew Edmund | (863) 603-6431 x337 |
| Probation Officer | Juan Garcia | (863) 603-6431 x259 |
| Probation Officer | Calvin Glover | (863) 603-6431 x277 |
| Probation Officer | Roy Nelson | (863) 603-6431 x256 |
| Probation Officer | Jada Randall | (863) 603-6431 x255 |
| Probation Officer | Ana Rodriguez | (863) 603-6431 x203 |
| Service Representative | Kristy Esposito | (863) 603-6431 x254 |
| Service | | |

**Main Events Calendar**

**County Probation Menu**
▸ Contact Us
---
▸ Case Assignments
▸ Office Listings
▸ Service Issues
▸ Org Chart
---
▸ BoCC Home

**County News** Stay Informed

**Page Tools**
🖨 Printer Friendly Page
🔍 Site Search
🌐 Site Directory
✉ Email This Page
✉ Report Page Problem
📄 Get Acrobat Reader
📄 Get Flash Player

- You could be physically arrested at home, at work, or while driving -- then incarcerated. In addition to the normal cost of an arrest, you may incur impound, towing, and storage charges regarding your vehicle.
- If you have any questions, you may call the Warrants Unit at one of the above numbers.

## Other ways of reaching us:

If you do not wish to call us or submit information by form, you may e-mail us at wanted@polksheriff.org or tips@polksheriff.org.

Return to Active Warrants Search.

Contact Information

| | | |
|---|---|---|
| Representative | **Carmen Link** | (863) 603-6431 x260 |
| Senior Probation Officer - Lake Wales | **John Bush** | (863) 678-4126 |
| Probation Officer | **Connie Hays** | (863) 678-4126 |
| Probation Officer | **Sharon England** | (863) 678-4126 |
| Service Representative | **Tina Seymour** | (863) 678-4126 |
| Senior Probation Officer - Winter Haven | **Harry Acevedo** | (863) 401-2411 |
| Probation Officer | **Claude Deroux-Dauphin** | (863) 401-2416 |
| Probation Officer | **Pat Deroux-Dauphin** | (863) 401-2418 |
| Probation Officer | **Benito Dominguez** | (863) 401-2413 |
| Probation Officer | **Vendarae Lewis** | (863) 401-2422 |
| Probation Officer | **Leon McDaniel** | (863) 401-2420 |
| Probation Officer | **Carlos Melson** | (863) 401-2421 |
| Probation Officer | **Peggy Stanley** | (863) 401-2423 |
| Probation Officer | **Deborah Webb** | (863) 401-2414 |
| Service Representative | **Eugene Burton** | (863) 401-2410 |

**County Courthouse Building**
**2nd Floor**



T: 863-534-4000
F:

Physical Address:
220 W. Church St.
Bartow, FL 33830

**Map/Directions**

Citizens | Business | County Offices | News | Contact | About Polk | Website Policies | Site Requirements

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

Copyright © 2000-2007 Polk County Board of County Commissioners. All Rights Reserved.

# POLK COUNTY PROBATION
## CASE ASSIGNMENTS

**BARTOW:**

| | | **PROBATION OFFICERS:** |
|---|---|---|
| Bartow | Highland City | Michael Brown (M-F) |
| Bradley | Lakeland | Stephanie Nance (M-TH) |
| Connersville | Mulberry | Joni Simmons (M-TH) |
| Fort Meade | Willow Oak | |
| Gordonville | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LAKELAND:**

PROBATION OFFICERS:

Eaton Park
Kathleen
Lakeland

| **Bartow Rotation:** | **Lakeland Rotation:** (& Branch Offices) |
|---|---|
| Gene Cox  (M-TH) | Tracey Chapman (TU-F) |
| Andrew S. Edmund (M-TH) | Calvin Glover (TU-F) |
| Juan Garcia (M-F) | Roy Nelson (M-TH) |
| Jada Randall (M-TH) | Ana Rodriguez (TU-F) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LAKE WALES:**

| | | **PROBATION OFFICERS:** |
|---|---|---|
| Alturas | Frostproof | Connie Hays (M-TH) |
| Babson Park | Lake Wales | Sharon England  (M-TH) |
| Dundee Waverly | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WINTER HAVEN:**

| | | | **PROBATION OFFICERS:** |
|---|---|---|---|
| Auburndale | K-Ville | Polk City | |
| Davenport | Lake Alfred | Wahneta | |
| Eagle Lake | Lake Hamilton | Winter Haven | |
| Eloise | Loughman | | |
| Haines City | Poinciana | | |

| **Bartow Rotation:** | **Winter Haven Rotation:** |
|---|---|
| Claude Deroux-Dauphin  (M-TH) | Benito Dominguez (TU-F) |
| Pat Deroux-Dauphin (M-TH) | Peggy Stanley (M-F) |
| Vendarae Lewis (M-TH) | Deborah Webb (TU-F) |
| Carlos Melson (M-TH) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SPANISH SPEAKING ONLY:

| Harry Acevedo (M-TH) (Winter Haven) | Cristina Morris (M-TH) (Bartow & Spanish M8) | Ana Rodriguez (TU-F) (Lakeland-LD) | Juan Garcia (M-F) (Lakeland-XX) |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DOMESTIC VIOLENCE:

| Kathy Haley (M-F) (Bartow, 1/4 LD) | Bill Baggett (TU-F) (3/4 Lakeland) | Leon McDaniel (TU-F) (Winter Haven) | John Bush (M-TH) (Lake Wales) |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TRANSFER:** OUT-OF-COUNTY/STATE cases are to be assigned per rotation, to whichever officer is present.

Revised 02/20/07



# STATE OF ALABAMA

# Marriage Certificate

## LEE COUNTY

**This Certifies** that ___Ricky Herman Holman___

and ___Lynne Nicole Morgan___

### Were United in the Holy Bonds of Matrimony

By ___Honorable Hal Smith - Judge of Probate___

On the __28th__ day of __March__, in the year of our Lord 19 __97__,

as appears of record in my office in Marriage Record, Book __139__,

page __as indexed__ This is a true, correct and exemplified Copy.

This __28th__ day of __March__ 19 __97__.

_Hal Smith_

_Judge of Probate._

© GOES   142

No. CC-79-468

## THE STATE OF ALABAMA
## LEE COUNTY

### CIRCUIT COURT

Fall _____ Term, 19 79

THE STATE
vs.

Ricky Holman

_____

_____

_____

_____

### INDICTMENT

Rape

_____

_____

No Prosecutor

WITNESSES:

Ronnie Watkins, LCSO

Elizabeth Holman, Rt. 1 Box 36, Salem

Melody Holman #111 Royal Park Est. Opelika

Jay Jones, LCSO

Greg Wright, LCSO

Karen Phillips, RN- Lee County Hospital

Neeka Holman, Rt. 1 Box 36, Salem

---

Grand Jury No. 26 _____

A TRUE BILL:—

T. W. _____
Foreman Grand Jury

Filed in open Court on the 12 day of
Sept _____, 19 79
in the presence of the Grand Jury.

Annette Hardy
Clerk

Presented to the presiding Judge in open
Court by the Foreman of the Grand Jury, in

the presence of 12 _____ other
Grand Jurors, and filed by order of Court this

12 day of Sept _____, 19 79

Annette Hardy
Clerk

Bail fixed at $ 50,000.00

this 12 day of Sept , 19 79

James T. Gulley
Judge Presiding

Code 1940, Title 15, Sec. 250.

---

Service of Copy of Indictment and List of Jurors on D
fendant in Capital Case. Code 1940, Tit. 30, Sec. 63.

### THE STATE OF ALABAMA

_____ COUNT

Circuit Court, _____ Term, 19 ___

To the Sheriff of said County:

I hereby certify that this is a true and con
plete copy of the Indictment presented to th
Court by the Grand Jury of said Count

against _____

charged with_____
together with all endorsements on said Indic

ment, and that the trial is set for_____

19 ___, and you will serve this copy of I

dictment on_____

or _____
his counsel.

Witness my hand, this_____, 19___

_____, Cler

I hereby certify that I have received abov
stated copy of Indictment from the Circu
Court Clerk of said County, and served sam

on _____

at_____o'clock____M., _____, 19___

_____, Sheri

_____, D. S

Evidence 3

**AFFIDAVIT CHARGING CRIME**

# The State of Alabama,}

### LEE COUNTY

Before me,  A-nette Hardy                              , Clerk of the District Circuit Court of Lee County, Alabama,

personally appeared                    Lt. Ronnie Watkins

who being first duly sworn, deposes and says on oath, that he has probable cause for believing and does believe that

Ricky Holman,alias did forcibly ravish Elizabeth Holman, a woman, against the peace and
dignity of the State of Alabama.

Sworn to and subscribed before me, this

14th day of August                          1979

_Annette Hardy_
Clerk, District Circuit Court.

PROBABLE CAUSE:  On the evening of 08/12/79 Elizabeth Holman filed a formal complaint inwhich
she stated to Investigative Lt. Ronnie Watkins that she had been forcibly raped by Ricky
Holman her first Cousin in the Salem Community of Lee County, Alabama. Ricky Holman was arrested
on an escape warrant from Juvenile detention and an additional charge of Rape filed against
him in Juvenile Court. On August 14, 1979 Ricky Holman was certified as an adult by the
Juvenile Court of Lee County, Alabama. A confession was obtained from the defendant by Lt.
Ronnie Watkins and Inv. Glen Folds inwhich he admitted to the alleged Rape of Elizabeth Holman
on the night of August 12, 1979.

**WARRANT**

# The State of Alabama,}

### LEE COUNTY

To any Lawful Officer of the State of Alabama, GREETING:

You are hereby commanded to arrest       Ricky Holman,alias

and bring him her before District Circuit Court of Lee County, Alabama, to answer the State of Alabama on a

charge of

Rape

said charges preferred by       Lt. Ronnie Watkins

And have you then and there this Writ with your return thereon.

Witness my hand, this     14th     day of    August                A. D. 19 79

_Annette Hardy_
Clerk, District Circuit Court

No.................................

# The State of Alabama
### LEE COUNTY

## WARRANT

THE STATE OF ALABAMA

vs.

Ricky Holman, alias

CHARGE:

RAPE

### OFFICER'S RETURN

I have executed this Writ by arrest-
ing the defendant and committing
him/her to jail ~~as I was commanded to in her~~
~~charge commanded.~~

This _14_ day of

_August_ 19 _79_

_Jane C. Pearce_, A. H. P.
Sheriff

---

### COMMITMENT

## The State of Alabama
### LEE COUNTY

TO THE JAILER OF LEE COUNTY:

On the examination of ..................................................................charged with the
offense of .....................................................it appearing that such offense has
been committed, and that there is sufficient cause to believe that he/she is guilty thereof, you are therefore commanded to
receive him/her into your custody and detain him/her until he/she is legally discharged.

BOND in this cause is fixed at the sum of $.................

THIS the.............day of................................19.......

.............................Clerk.

---

### STATE'S WITNESSES

Lt. Ronnie Watkins, LCSD

Inv. Glen Folds,LCSD

Dep. Jim Trussell,LCSD

Dep. Jay Jones,LCSD

Elizabeth Holman
Rt. 1 Box 36 Salem, Al

Dr. Hellen Robinson
Lee County Hospital

### DEFENDANT'S WITNESSES

RECEIVED IN OFFICE _14_

_aug_ 19 _79_

JAMES C. PEARSON
Sheriff, Lee County, AL

# TRANSCRIPT of RECORD

(Conviction Report)

State of Alabama
Board of Corrections
Form No. 62 Rev. 10/77

Peniten... Send to
Board of Corrections

| Case Number | | |
|---|---|---|
| CC | 79 | 468 |
| ID | YR | NUMBER |

In The **Circuit** Court Of **Lee** County

**STATE of ALABAMA**
**vs.**

Court ORI **043015J**

SID No.

NAME/
ALIASES    **Ricky Holman**

OBTS No.

AIS No. (leave blank)

**INMATE DESCRIPTION**

| DOB **1-1-63** | Sex [X] M [ ] F | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|

| Race [X] W [ ] N [ ] Other (specify) | Complexion | Age (if DOB missing) | Distinguishing Features or Marks |
|---|---|---|---|

**CHARGES**

| On Arrest: **Rape** | On Indictment: **Same** | On Conviction: **Same** | Youthful Offender (Act 335-72) [ ] Yes [X] |
|---|---|---|---|
| Date Original Arrest: **8-14-79** | | | |

**COURT INFORMATION**

| Judge ID No. **0116** | Judge Name **James T. Gullage** | Prosecuting Attorney Name **Ronald L. Myers** |
|---|---|---|

**TRIAL INFORMATION**

| Arraignment: Date: **9-21-79** | Plea: [ ] GUILTY [X] NOT GUILTY | Trial: [ ] Jury [X] Non-Jury |
|---|---|---|
| Judgement: [X] Guilty [ ] Non Guilty [ ] Nolle-Prossed [ ] No Bill | | Opportunity for allocution given: [ ] Yes [ ] No |

**APPEAL INFORMATION**

| Case Appealed: Date: [ ] Yes [X] No | Sentence Suspended Date: Pending Appeal : [ ] Yes [ ] No | Sentence Affirmed: Date: [ ] Yes | Date Rearrested: |
|---|---|---|---|

**PROBATION INFORMATION**

| Applied for: Date: [ ] Yes [X] No | Granted: Date: [ ] Yes [ ] No | Rearrested: Date: [ ] Yes [ ] No | Revoked: Date: [ ] Yes [ ] No |
|---|---|---|---|

**SENTENCE INFORMATION**

| Term of Confinement YR MO DA **2 0** | Act 754-76 [ ] Yes [X] No | Probation Term (if Act 754) YR MO DA | Jail Credit Ordered (Act 677-76) |
|---|---|---|---|
| Date Sentenced: **10-3-79** | Date Sentence Begins: **10-3-79** | Fine: | YR MO DA **5 0** [ ] None |

**CONCURRENT SENTENCE INFORMATION**

| [ ] Concurrent with Alabama Cases | Case Nos. and Counties: | [ ] Concurrent with Federal Case - in Federal Facility (Act 86-75) Federal Case Nos. |
|---|---|---|

**REMARKS AND OTHER INFORMATION (CONTINUE ON REVERSE SIDE IF NEEDED)**

Corum Nobis Filed: [ ] Yes [ ] No    DENIED: [ ] Yes [ ] No

This is to certify that the above information was extracted from official court records and is true and correct according to the record

(Affix Court Seal)

**November 14, 19 79**
Date

**Annette Hardy**
Print or Type Name of Clerk

*Annette Hardy*
Signature

# CASE ACTION SUMMARY
## (CRIMINAL)

Form C-6  Rev 8/77

| | | CC | 79 | 468 |
|---|---|---|---|---|
| | | ID | YR | Number |

IN THE ___Circuit___ COURT OF ___Lee___ COUNTY

| STATE OF ALABAMA vs. | | Date of Birth | Distinguishing Features: |
|---|---|---|---|

SSAN

| | Sex | Race | Eyes | Hair | Height | Weig |
|---|---|---|---|---|---|---|

| Defendant | Address | | |
|---|---|---|---|
| Ricky Holman | | | |
| | | Zip | |

M

| Date War/Cap. Issued | Date Committed to Jai |
|---|---|
| 8-14-79 | 8-14-79 |

| Employer | Address | Date Initial Appearance | Date Released on Bond |
|---|---|---|---|
| | | 9-18-79 | |

| Case Number | Jury | Date Arrested | Incarcerated | Bond Amount | Bond Type & Sureties |
|---|---|---|---|---|---|
| CC 79 468 | Non-Jury | 8-14-79 | On Bond | 50,000.00 | |

| Charges ☐Msd. ☒Fel. ☐App. | Prosecutor Ronald L. Myers | Judge ID | Dt. Prelim. Hearing |
|---|---|---|---|

| | Attorney | Dt. Y.O. Applic. | Dt. Probation Applic. |
|---|---|---|---|
| Rape | | | |
| | | Grand Jury No. 26 | Dt. Indictment 9-12-79 |
| | | Dt. Arraignment | Plea |

| Arresting Officer: LCSO | ☐ Municipal  ☐ State ☐ County  ☐ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|
| Complainant: | Address | Dt. Appeal Filed | Appeal Bond Amt. |

| Additional Information And Remarks: | Disposition |
|---|---|

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 8-14-79 | Certified in Juvenile Court as an Adult. |
| 9-18-79 | It appearing to the satisfaction of the Court that the defendant in this case i indigent and desires legal counsel, it is ORDERED AND ADJUDGED BY THE COURT th the Hon. Thomas Jones, Attorney at Law, he and is appointed to represent, assi and defend said defendant in this case. *James T. Gulley Jr.* |
| 9-20-79 | APPLICATION FOR YOUTHFUL OFFENDER TREATMENT. |
| 9-21-79 | After investigation and examination of the defendant by this Court, defendant' application for youthful offender treatment is hereby denied. *James T. Gulley Jr.* |
| 9-21-79 | On this day came Hon. Ronald L. Myers, as District Attorney, who prosecutes fo the State of Alabama and also came in open Court the defendant, RICKY HOLMAN, in his own proper person and attended by his counsel, Hon. Thomas Jones, and said defendant being duly arraigned upon said indictment charging him with RAP for his plea thereto says, in the presence of and with the consent and approva of his said attorney, that he is not guilty and not guilty by reason of insani in manner and form as charged.  This case is set for trial on October 1, 1979. Defendant is hereby remanded to jail pending trial. *James T. Gulley Jr.* |

Court Record - White

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| -28-79 | Motion To Suppress Evidence |
| )-3-79 | On this day the defendant, RICKY HOLMAN, appeared with his attorney, Hon. Thomas Jones, and with the consent and approval of his said counsel, the defendant withdrew his plea of not guilty and not guilty by reason of insanity and entered a plea of guilty to RAPE as charged in the indictment. Before accepting defendant's plea of guilty, the Court advised the defendant of all of his constitutional rights, and questions and answers were taken down by the Court Reporter. The defendant insisted on pleading guilty. The Court then permitted the defendant to withdraw his plea of not guilty and not guilty by reason of insanity and the defendant entered a plea of guilty. The Court inquired of the defendant if he had anything to say why judgment and sentence should not now be pronounced upon him and defendant said nothing. On his plea of guilty thereto, IT IS ORDERED AND ADJUDGED BY THE COURT that the defendant is guilty of RAPE as charged in the indictment and as punishment, the defendant is hereby formally sentenced to the penitentiary of the State of Alabama for a term of TWENTY (20) years, on which he is hereby given credit for Fifty (50) days spent incarcerated pending trial for this offense. *James T. Gulley* Judge

*MB Page 577* |
| 3-1-83 | Motion for Free Transcript, Motion for Leave to Proceed in Forma Pauperis, Affidavit of Poverty |
| 12-16-83 | Petition for Writ of Error Corum Nobis |
| 1-24-84 | Order setting petition for hearing on Thursday, April 12, 1984 at 9:00 A.M. |
| 2-17-84 | Motion for Transcript |
| 2-21-84 | On January 17, 1984 the attorney for the defendant filed a motion for transcript. The Court has considered said motion and the same is granted and the Reporter of the Court is ordered to transcribe the proceedings upon the defendant's plea of guilty which occurred on or about October 3, 1979. Upon transcription of the proceedings the Court Reporter is ordered to forward a copy of the same to Hon. Richard Lane, attorney for the Defendant. The Clerk of the Court is ordered to mail a copy of this order to the following: Hon. Ronald L. Myers, Hon. Richard Lane and Ronny Stokes, Court Reporter. *James T. Gulley* Judge |
| 4-13-84 | Order on file; notice of appeal |
| 4-16-84 | Letter of transmittal & notice of appeal |
| 4-27-84 | Transcript completed and mailed. |
| 11-13-84 | Copy of Opinion, Judgment not final. |
| 12-28-84 | Motion to withdraw filed by defendant's attorney. |
| 12-28-84 | Order granting withdrawel of appointed attorney, Hon. Richard Lane. |
| 1-8-85 | Alabama Court of Criminal Appeals notice of application for rehearing overruled, No opinion, Judgement not final. |
| 1-28-85 | Certificate of Judgment of Affirmance. |

STATE OF ALABAMA
Plaintiff

vs.

*Ricky Holman*
Defendant

IN THE CIRCUIT COURT OF

LEE COUNTY, ALABAMA

CRIMINAL DIVISION

Case No. *CC-79-468*

TO THE ABOVE NAMED DEFENDANT

This is to inform you of your rights as a defendant in this criminal case. Under the Indictment filed against you in this case by the Grand Jury of Lee County, Alabama, you are charged with the crime of _____ *Rape* _____ which is a felony offense. In the event you plead guilty to said crime, the law provides for punishment by imprisonment in the penitentiary for not less than _____ *10 yrs* _____ nor more than _____ for such offense.

In entering a plea of guilty in the Lee County Circuit Court, you are waiving the following rights to which you are entitled in the event of a jury trial:

Under the constitution of the United States and of the State of Alabama you have a right or privilege not to be compelled to give evidence against yourself. In the trial of your case before the jury, you have the right to take the witness stand and to testify on your own behalf, if you so desire, but no one can require you to so testify. If you testify, you can be cross-examined by the state. If you do not testify, no one can even comment to the jury as to your failure to testify. You have the right to remain absolutely silent, but anything that you voluntarily say, with knowledge of your rights, may be used against you. Your conversations with your attorney are confidential and cannot, and will not, be disclosed by your attorney.

You have the right to stand on your plea of not guilty, and the right to a public trial before a duly selected jury. In a jury trial, the jury would determine whether you are guilty or whether you are innocent, based upon the evidence in the case. You would have the right to a struck jury.

In the trial of your case your attorney could subpoena witnesses on your behalf, make legal objections to matters that he felt were objectional, cross-examine the witnesses of the state, examine your own witnesses, and argue the matter before the jury. He would be bound to do everything that he could honorably and reasonably do to see that you obtain a fair and impartial trial. You have the right to have witnesses subpoenaed to testify as to pertinent facts in your favor. You have the right to confront all witnesses. You would have the right to appeal from the judgment of this Court.

In the trial of your case you will come into court clothed with a presumption that you are not guilty and this presumption of innocence will follow you throughout the course of the trial until the evidence produced by the state convinces each juror beyond a reasonable doubt of your guilt. The burden of proof is upon the State of Alabama to convince each and every juror from the evidence in the case that you are guilty beyond a reasonable doubt before the jury would be authorized to find you guilty. If the state does not meet such burden of proof, it will be the jury's duty to find you not guilty. You will have no burden of proof whatsoever in your trial.

To the charges set forth in the indictment you have the right to enter a plea of guilty, not guilty, not guilty by reason of insanity or any other special plea. You will enter a plea of guilty only if you are actually guilty of said crime and if you do not desire a jury trial. If you plead guilty there will be no jury trial, as has been heretofore explained to you and the Court will fix the punishment or sentence.

Your attorney will go over these rights with you, but if you have any questions about any of them, please ask the undersigned judge and he will be happy to make further explanation thereof to you.

This the _____ *3rd* _____ day of _____ *Oct* _____, 19 *79* .

*James T. Gullage*
Judge of Lee County Circuit Court

Comes defendant in the above-styled cause and states to the court that he has read, or has had read to him, the matters and things hereinabove set forth; that his attorney has thoroughly gone over said matters and things with him and that he, the defendant, thoroughly understands them; that he is not under the influence of any drugs, medicines or alcoholic beverages and has not been threatened or abused or offered any inducement or reward to get him to plead guilty. Defendant further states to the court that he is guilty as charged, in this case, and desires to plead guilty.

This the _____ *2nd* _____ day of _____ *Oct* _____, 19 *79* .

*Ricky Holman*
Defendant

Comes the attorney for the above-styled defendant and certifies that the above and foregoing rights were read by the defendant in my presence, or were read to him by me, that I discussed such rights with the defendant, in detail, and that a written copy of the above rights was given to the defendant for him to keep, use and study.

This the _____ day of _____ *Oct* _____, 19 *79* .

*Thomas*
Attorney for Defendant

Filed in Office this _____ day of _____, 19 _____.

Clerk _____
Lee County Circuit Court

STATE OF ALABAMA,    )    *    IN TH CIRCUIT COURT OF

       Plaintiff,    *    LEE COUNTY, ALABAMA

    -vs-    *    CRIMINAL DIVISION

*Ricky Holman*    *    CASE NO: *CC-79-468*

       Defendant    *

                _____

## PLEA RECOMMENDATION

    Comes now the State of Alabama, by and through its District Attorney Ronald L. Myers, and shows unto this Court that the Defendant *Ricky Holman* , has been indicted by the Grand Jury of Lee County, Alabama, for the following offense(s).

1. *Rape* _____

2. _____

3. _____

4. _____

    The State of Alabama, by and through its District Attorney, Ronald L. Myers, after considering all the facts and law pertaining to the charge(s) against the Defendant recommends to this Court that should the Defendant desire to plead guilty that the following disposition of the case(s) be ordered by this Court:

1. *Rape — 20 yr* _____

2. _____

3. _____

4. _____

    It is further agreed to by the Defendant, *Ricky Holman* , and his attorney of record that should the hereinabove set out recommended disposition of the case(s) against the Defendant be approved by the Court that the Defendant will enter a Plea of Guilty.

    DONE this the _2_ day of _October_ , 19_79_.

                    *Ronald L. Myers*

                RONALD L. MYERS, DISTRICT ATTORNEY

*Ricky Holman*

DEFENDANT

_____

ATTORNEY OF RECORD FOR THE DEFENDANT

Original:  Court File          *Exhibit B*

Copy:     Defendant's Attorney

INDICTMENT

CC-79-468

## THE STATE OF ALABAMA, LEE COUNTY

Circuit Court, _____Fall_____ Term, 1979

The Grand Jury of said County charge that before the finding of this Indictment _____

Ricky Holman, alias Ricky Holman, whose true christian name

is otherwise unknown to the Grand Jury, forcibly ravished

Elizabeth Holman, a woman,

against the peace and dignity of the State of Alabama.    *Ronald L. Myers*

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

CRIMINAL DIVISION

STATE OF ALABAMA                )
                                :
          Plaintiff,            )      CASE NO.  CC-79-468
                                :
RICKY HOLMAN                    )
                                :
          Defendant,            )

_____ MOTION TO SUPPRESS EVIDENCE _____

Comes now the Defendant, Ricky Holman, by and through his Court appointed Attorney, the Honorable Thomas E. Jones, and prays of this Honorable Court that that "confession" which the Defendant is alleged to have signed shortly after his arrest be suppressed.  The Defendant at the time of the giving of the said "confession" was a minor.

THE PREMISES CONSIDERED, the undersigned councel for the Defendant moves this Honorable Court to suppress and order that "confession" to be stricken from his files.

                              _____
                              Thomas E. Jones
                              Attorney for Defendant
                              P.O. Box 1567
                              Auburn, AL  36830


FILED IN OFFICE THIS

SEP 28 1979

ANNETTE HARDY, CLERK
CIRCUIT COURT
LEE COUNTY, ALABAMA

STATE OF ALABAMA

LEE COUNTY

Before me, _J. Michael Williams, Jr._____, a Notary Public in and for said county and state, personally appeared Hon. Thomas E. Jones, who being duly sworn, deposes and says that he is informed and believes that the facts contained in the foregoing Motion are true and correct.

_Michael Williams Jr._
Notary Public, Lee County, Alabama

My Commission Expires
May 28, 1983

CERTIFICATE OF SERVICE

STATE OF ALABAMA

LEE COUNTY

I hereby certify that I have served a copy of the foregoing Notice of Motion to Suppress Evidence upon Hon. Ron Myers, District Attorney, Lee County Courthouse Opelika, Alabama, 36801, by placing in his possession of this the ____28____ day of ____Sep____, 1979.

Thomas E. Jones
Attorney for Defendant

STATE OF ALABAMA,                )          IN THE CIRCUIT COURT OF
                                 )
        Plaintiff,               )          LEE COUNTY, ALABAMA
                                 )
vs.                              )
                                 )
RICKY HOLMAN,                    )          CASE NO. CC-79-468
                                 )
        Defendant.               )

<u>ORDER</u>

On this day the petitioner's petition for Writ of Error
Corum Nobis was heard.  At said hearing Hon. Richard Lane represented
the petitioner, Ricky Holman, who was present in person in Court.
Hon. Ronald L. Myers represented the State of Alabama.  The former
attorney for the Defendant, Hon. Thomas E. Jones testified under
oath.  The Court has considered the information and matters submitted
to the Court to include the testimony of the witnesses and is of
the opinion that said petition for Writ of Error Corum Nobis should
be denied.  Accordingly,  IT IS ORDERED, ADJUDGED AND DECREED
that the petition for Writ of Error Corum Nobis is denied.
The petitioner informed the Court at said hearing that in the
event the petition for Writ of Error Corum Nobis is denied that
he wished to appeal.  Accordingly, notice of appeal of the defendant
as to said petition for Writ of Error Corum Nobis is entered.
Hon. Richard Lane is appointed to represent the defendant on said
appeal.

        The Clerk of the Court is ordered to mail a copy of this order
to the following:

Hon. Ronald L. Myers                  Hon. Richard D. Lane
District Attorney                     Attorney for the Defendant
Lee County, Alabama                   158 N. Ross Street
Opelika, AL 36801                     Auburn, AL 36830

Ricky Holman                          Herman Chapman, Lee County Sheriff
#125003                               Lee County, Alabama
100 Warrior Lane Seg. I, C-3          Opelika, AL 36801
Bessemer, AL 35023

DONE this the 13th day of April, 1984.

_James T. Gulby_
_____
Circuit Judge

FILED IN OFFICE THIS
13 DAY OF _April_ 19_84_
_Annette Hardy_ CLERK

## ALABAMA UNIFORM ARREST REPORT

ACJIC - 34  Rev. 5/77    COPY

| 1. SID NO. | S/D | 2. FBI NO. | FBI | 3. Contributor's ORI | 4. Agency Name | 5. Agency Case No. C |
|---|---|---|---|---|---|---|
| | | | | A L 0 4 3 0 0 0 D | Lee County Sheriff | 79 - 0800 |

**IDENTIFICATION**

| 6. Last Name | First | Middle | 7. Alias    AKA |
|---|---|---|---|
| Holman | Ricky | Herman | |

| 8. SEX | 9. RAC | 10. HGT | 11. WGT | 12. EYE | 13. HAI | 14. SKN | 15. Scars, Marks, Tattoos and Amputations    SMT |
|---|---|---|---|---|---|---|---|
| M | Cauc | 5 Ft. 0 In. | 180 | Brn | Brn | Medium | None |

| 16. Place of Birth (City-Town-County)    POB | 17. State | 18. Social Sec. No.    SOC | 19. Date of Birth    DOB | 20. Miscellaneous No. (Indicate |
|---|---|---|---|---|
| Dallas | Tx | | Month 01 Day 01 Year 63 | |

| 21. Fingerprint Class | | Key | Major | Primary | Scdy. | Sub-Secondary | Final | | 22. Identification Comments    ICO |
|---|---|---|---|---|---|---|---|---|---|
| (Leave Blank)    FPC | | | | | | | | | |
| HENRY CLASS | H Y | | | | | | | | |
| NCIC CLASS | | | | | | | | | |

| 23. Home Address    Street    City-Town-County    State | 24. Res. Phone | 25. Occupation (Be Specific) |
|---|---|---|
| Rt 1 Box 36 Salem    Ala. | | |

| 26. Employer (Name of Company or School) | 27. Business Address (Street-City-State) | 28. Bus. Pho |
|---|---|---|
| None | None | |

**ARREST**

| 29. Location of Arrest (Street-City-State) | 30. Sector Number | 31. Arrested for your Jurisdiction? |
|---|---|---|
| Southern Part of County | | ☐ Yes  ☐ Other Ala. Agency  ☐ Out-of-State |

| 32. Condition of Arrestee | 33. Resist Arrest? | 34. Injuries? | 35. Armed? | 36. Description of Weapon |
|---|---|---|---|---|
| ☐ 1. Drunk  ☐ 3. Narcotic  ☐ 2. Drinking  ☑ 4. Sober | ☐ Yes  ☐ No | ☐ Officer  ☐ Arrestee | ☐ Yes  ☐ No | |

| 37. Date of Arrest    DOA | 38. Time of Arrest | 39.  S T T | 40. Type Arrest | 41. Arrested Before? |
|---|---|---|---|---|
| Month 08 Day 13 Year 79 | 01 ³/₄⁰ | M W F | ☐ On-View  ☐ Call  ☐ Warrant | ☐ Yes  ☐ No  ☐ Unk. |

| 42. Charge - 1    AOL | A. Offense Date DOO | 48. Charge - 2    AOL | A. Offense Date D |
|---|---|---|---|
| RAPE | | | |

| 43. NCIC Code    AON | 44. | B. Time of Offense | 49. NCIC Code    AON | 50. | B. Time of Offe |
|---|---|---|---|---|---|
| | ☐ Misd.  ☐ Felony | | | ☐ Misd.  ☐ Felony | |

| 45. State Statute Citation  CIT | 46. Warrant No. | 47. Date Issued | 51. State Statute Citation  CIT | 52. Warrant No. | 53. Date Issued |
|---|---|---|---|---|---|
| | | | | | |

| 54. Charge - 3    A. Offense Date DOO | 60. Charge - 4 | A. Offense Date D |
|---|---|---|
| | | |

| 55. NCIC Code    AON | 56. | B. Time of Offense | 61. NCIC Code    AON | 62. | B. Time of Offe |
|---|---|---|---|---|---|
| | ☐ Misd.  ☐ Felony | | | ☐ Misd.  ☐ Felony | |

| 57. State Statute Citation  CIT | 58. Warrant No. | 59. Date Issued | 63. State Statute Citation  CIT | 64. Warrant No. | 65. Date Issued |
|---|---|---|---|---|---|
| | | | | | |

| 66. Arrest Disposition    ADN | 67. If out on Release, what type? | 68. Additional Arrest Disposition  AD |
|---|---|---|
| **OBTS No.** A- 0233807    ☐ 1. Held  ☐ 2. Relsd.  ☐ 3. TOT-LE  ☐ 4. Bail  ☐ 5. TOT-W  ☐ 6. REF-JUV  ☐ 7. Other | | |

| 69. Arrested with (1) Accomplice Full Name | 70. Arrested with (2) Accomplice Full Name |
|---|---|
| | |

**EVIDENCE**

| 71. Veh. Yr | 72. Vehicle Make | 73. Veh. Mod. | 74. Style | 75. Color  (Top)  (Bottom) | 76. Tag No. | 77. State | 78 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 79. V.I.N. | 80. Impounded?  ☐ Yes  ☐ No | 81. Location |
|---|---|---|
| | | |

82. Other Evidence Seized (Court Papers in Arrestee's Possession?)

**NARRATIVE**

83. Circumstances Leading to, or Resulting in, Arrest. Include Disposition of Items Seized. (Describe Briefly)

Continue on Back

| State of Alabama<br>Form No. 62 Rev. 1/84 | **TnANSCRIPT of RECORD**<br>(Conviction Report) | | Case Number |
|---|---|---|---|
| | | | CC 79 468 |
| | | | ID    YR    NUMBER |

| In The | CIRCUIT    Court Of    LEE    County | Court ORI    043015J |
|---|---|---|

**STATE OF ALABAMA**
vs.

| NAME/<br>ALIASES | Ricky Holman | SID No. |
|---|---|---|
| | | AIS No. |

| INMATE<br>DESCRIPTION | DOB<br>1-1-63 | Sex<br>[x] M    [ ] F | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|
| | Race<br>[x] W    [ ] B    [ ] Other (specify) | | Complexion | Age (If DOB missing) | Distinguishing Features or Marks | |

| ARREST<br>INFORMATION | Date of Offense<br>8-12-79 | Initial Arrest Date<br>8-14-79 | Arresting ORI |
|---|---|---|---|

| CHARGES<br>LITERAL | On Conviction:<br>Rape | Offense Class<br>□ A □ B □ C |
|---|---|---|

| COURT<br>INFORMATION | Judge Name<br>James T. Gullage | Prosecuting Attorney Name<br>Ronald L. Myers |
|---|---|---|

| PROBATION<br>INFORMATION | Applied for:    Date:<br>[ ] Yes [x] No | Granted:    Date:<br>[ ] Yes [ ] No | Rearrested:    Date:<br>[ ] Yes [ ] No | Revoked:    Date:<br>[ ] Yes [ ] No |
|---|---|---|---|---|

| SENTENCE<br>INFORMATION | Term of Confinement<br>YR  MO  DA<br>2  0 | Act 754-76<br>[ ] Yes [x] No | Probation Term (If Act 754)<br>YR  MO  DA | Jail Credit Ordered<br>[x] Yes [ ] None |
|---|---|---|---|---|
| | Date Sentenced:<br>10-3-79 | Date Sentence Begins<br>10-3-79 | | YR  MO  DA<br>0  1  2  0 |

| SENTENCE<br>PROVISIONS | □  Concurrent<br>□  Consecutive | Restitution/Recoupment |
|---|---|---|

| OTHER<br>SENTENCE<br>PROVISIONS | □  Habitual Offender<br>□  Youthful Offender (Act 335-72)<br>□  Restitution (Specify & Attach Order)<br>☒  Recoupment (Specify & Attach Order)<br>□  Life    □ Life w/o Parole    □ Death | Restitution<br>Attorney Fee  172.80<br>Court Cost<br>Fine |
|---|---|---|

| APPEAL<br>INFORMATION | [x] Yes  [ ] No | Sentence Suspended    Date:<br>Pending Appeal<br>[ ] Yes  [x] No | Sentence Affirmed:    Date:<br>[ ] Yes | Date Rearrested: |
|---|---|---|---|---|

| REMARKS AND<br>OTHER INFOR-<br>MATION (CON-<br>TINUE ON<br>REVERSE SIDE<br>IF NEEDED) | This is to certify that the above information was extracted from official court records and is true and correct according to the record.<br><br>(Affix Court Seal)<br><br>June 1,    19 84<br>Date<br><br>Annette Hardy<br>Print or Type Name of Clerk<br><br>Annette Hardy<br>Signature |
|---|---|

# THE STATE OF ALABAMA---JUDICIAL DEPARTMENT

---

### THE COURT OF CRIMINAL APPEALS OF ALABAMA

---

October Term 19 84-85

*To the Clerk of the Circuit Court*

of_____LEE_____ *County—Greeting:*

*Whereas, the Record and Proceedings of the Circuit Court of said county, in a certain cause lately*

*pending in said Court between* _____

_____RICKY HOLMAN_____, *Appellant___,*

_____*and*_____

_____THE STATE_____, *Appellee___,*

*wherein by said Court, it was considered adversely to said appellant ___, were brought before our*

*Court of Criminal Appeals, by appeal taken, pursuant to law, on behalf of said appellant _____:*

NOW, IT IS HEREBY CERTIFIED, *That it was thereupon considered by our Court of Criminal Ap-*

*peals, on the* ___13th___ *day of*_____November_____ *19*__84__, *that said judg-*

*ment of said Circuit Court be in all things affirmed,* ~~*and that it was further considered that the*~~

~~*appellant*~~ _____

_____

_____

_____

_____

_____

_____

_____

_____

~~*pay the cost accruing on said appeal in this Court and in the Court below*~~_____

_____

_____

_____

January 8, 1985.  APPLICATION FOR REHEARING
            OVERRULED.

*Witness, Mollie Jordan, Clerk of the Court*

*of Criminal Appeals of Alabama, at the Capitol,*

*this the* __28th__ *day of* __January__, 19__85__.

**FILED**

JAN 29 1985

ANNETTE HA[...]
  CLERK

*Mollie Jordan*

*Clerk, Court of Criminal Appeals of Alabama.*

*Evidence 4*



**LEE COUNTY**
**DEPARTMENT OF HUMAN RESOURCES**

2015 Gateway Drive
Opelika, AL 36801
Telephone: (334)737-1100
Fax: (334)749-0889



**CYNTHIA W BURKE**
**County Director**

**Mr. Cecil Yarbrough**
**Board Chairperson**

**Confidential**
05/29/2006

LYNNE HOLMAN
155 Lee Road 213, Lot #5
Phenix City, AL 36870

Dear HOLMAN:

The LEE County Department of Human Resources has completed its assessment of the suspected child abuse/neglect report. Our findings noted evidence did not support the allegations.

Description of Reported Incident: Jessica Morgan reported that she had been sexually abused by her stepfather. Ricky Holman, from the age of six until twelve. She reported that he had engaged in digital and oral penetration.

Thank you for your cooperation. If you have any questions, please call me at (334)737-1100.

Sincerely,

*Lucy Grimes-Gaa*

Lucy Grimes-Gaa
Protective Services Worker

Approved:

*Debra Sheppard*

DEBRA SHEPPARD
Protective Services Supervisor

PSASO217                    An Affirmative Action/Equal Opportunity Employer                    05/29/2006





**LEE COUNTY**
**DEPARTMENT OF HUMAN RESOURCES**

2015 Gateway Drive
Opelika, AL 36801
Telephone: (334)737-1100
Fax: (334)749-0889

**CYNTHIA W BURKE**
**County Director**

Mr. Cecil Yarbrough
Board Chairperson

**Confidential**
05/03/2007

Mr. RICKY HOLMAN
190 Lee Road 432
Smiths Station, AL 36877

Re:    Report Received: 02/05/2007
       *Child(ren)'s Name(s):* LAURA Jean HOLMAN, Melinda R. Holman

Dear Mr. HOLMAN:

The LEE County Department of Human Resources has completed the assessment on the suspected child abuse/neglect report received on the date noted above. We did not find sufficient evidence to support that you physically abused Laura Jean and Melinda Holman.

The finding of "Not Indicated" (i.e. not true or not sufficient evidence) has been entered into the Department's Central Registry for Child Abuse and Neglect. The Central Registry simply means a file is maintained with the Department. It is not public information and is maintained in a confidential manner in accordance with the law. As noted in Alabama law, if the Department receives no further reports in the next five (5) years identifying you as being responsible for abuse or neglect, you may request that your name be removed from the Department's Central Registry. If you want your name removed after the five (5) years has passed, you must send a written request to:

State Department of Human Resources
Family Services Partnership
Child Abuse/Neglect Central Registry
50 Ripley Street
Montgomery, AL 36130

Your written request should include the name of the county that completed the assessment, the date the report was received (as noted above), your full name at the time of report, and your current name, address and telephone number.

If you have any questions, please call me at (334)737-1100.



**LEE COUNTY**
**DEPARTMENT OF HUMAN RESOURCES**

2015 Gateway Drive
Opelika, AL 36801
Telephone: (334)737-1100
Fax: (334)749-0889



**CYNTHIA W BURKE**
**County Director**

**Mr. Cecil Yarbrough**
**Board Chairperson**

<u>**Confidential**</u>
05/03/2007

Sincerely,

Yarbi Cound
Protective Services Worker

Approved:

DEBRA SHEPPARD
Protective Services Supervisor




**LEE COUNTY**
**DEPARTMENT OF HUMAN RESOURCES**

2015 Gateway Drive
Opelika, AL 36801
Telephone: (334)737-1100
Fax: (334)749-0889

**CYNTHIA W BURKE**
**County Director**

**Mr. Cecil Yarbrough**
**Board Chairperson**

**Confidential**
05/24/2007

Mr. Ricky Holman
190 Lee Road 432
Smiths Station, AL 36877

Dear Mr. Holman:

The LEE County Department of Human Resources (DHR) has completed the assessment on the suspected child abuse/neglect report that named you as being responsible for the abuse or neglect. Our preliminary decision is we have reasonable cause to believe the report is "Indicated" (true). An "Indicated" finding is used when there is more credible evidence than not, based on the professional judgement of the social worker, that child abuse or neglect has occurred. The assessment revealed that:

you sexually molested a minor child, Nicole Stafford, at the home of your estranged wife on the evening/early morning of April 7/8, 2007.

You have the right to an administrative record review. This means that the county's written report will be reviewed by an independent panel of DHR employees who are not involved in the case. The panel members will review the written report and make a final decision about whether the written report supports the finding. The panel has the authority to overturn the county's decision if the documentation does not support the findings.

If you want the decision reviewed by the panel, you must submit your written request to me at the LEE County Department of Human Resources (address is above) within ten (10) working days from the date of the receipt of this letter. You may include any written information that, in your opinion, proves the findings are not true.

If we do not receive a written request within 10 working days, we will consider that you have given up your opportunity for a review. At that time, the preliminary decision will become a final decision, and it will be entered into the Department's Central Registry for Child Abuse/Neglect. This information is for the Department's records only and does NOT refer to any criminal charges. Our records are confidential and may only be released according to State law.

If you have questions, please call me at (334)737-1100.





**LEE COUNTY**
**DEPARTMENT OF HUMAN RESOURCES**

2015 Gateway Drive
Opelika, AL 36801
Telephone: (334)737-1100
Fax: (334)749-0889

**CYNTHIA W BURKE**
**County Director**

**Mr. Cecil Yarbrough**
**Board Chairperson**

**Confidential**
05/24/2007

Sincerely,

Lucy Grimes-Gaa
Protective Services Worker

Approved:

DEBRA SHEPPARD
Protective Services Supervisor




# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

**BOB RILEY**
*Governor*

**Page B. Walley, Ph.D.**
*Commissioner*

<u>**CONFIDENTIAL**</u>

June 13, 2007

Mr. Ricky Holman
190 Lee Road 432
Smiths Station, AL  36877

| | |
|---|---|
| County Case Number: | Lee   #36246 |
| Child(rens) Name(s) : | Constance Nicole Stafford |
| Report Date: | 4/11/2007 |

Dear Mr. Holman:

The Department is in receipt of your request for an administrative record review on the above noted case.  An independent panel will conduct this Department record review. Persons reviewing the record are not  involved in the case and have the authority to overturn the worker or supervisor's disposition if the record  does not support this finding.

You will be notified in writing of the final disposition on this report by the independent panel. It will be your responsibility to contact us with a change of address should you move prior to receiving this notice of disposition.

Sincerely,

Pamela D. Lovelace
Administrative Record Review Clerk

cc:  Lucienne Gaa,  CA/N Worker
County Record Reviewer

An Affirmative Action /Equal Opportunity Employer





# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

**BOB RILEY**
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

August 27, 2007

Mr. Ricky Holman
190 Lee Road 432
Smiths Station, AL  36877

County Case No:     Lee    # 36246
Child(ren)'s Name(s):Constance Nicole Stafford
Report Date:        04/11/2007

Dear Mr. Holman:

We have completed our administrative record review on the above noted case.  It has been
determined that the County Department does have enough credible evidence to support a
dispositional finding of "indicated" i.e. true.

This report will be entered into the Department's Central Registry on Child Abuse and Neglect
as an "indicated" incident.

Sincerely,

Cindi Lusk, LCSW
Administrative CA/N Record Reviewer

cc:  Lee County DHR
     County Reviewer

An Affirmative Action /Equal Opportunity Employer

# INDIVIDUALIZED SERVICE PLAN

Family Name: _Lynne Holman_                    COUNTY: **LEE**                    Case # _44477_

Type ISP: _Initial_    Today's Date: _5/14/07_    Date Next Review is Due _6/14/07_    Date Distributed: _____

## RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| | SIGNATURE AND DATE SIGNED | RELATIONSHIP | ADDRESS # | INVITATION DATE | PHONE # |
|---|---|---|---|---|---|
| 1. | Bernice L. Holman | aunt | 8 Hightower Rd #256 | 5-14-07 | 397-4211 |
| 2. | Lynne Holman | mother | 610 Lee Rd. 303 Smith's 36877 | 5-7-07 | 298-8329 |
| 3. | Kelly Watford | counselor | FCS | 5-7-07 | 742-2112 |
| 4. | Linda Littleton | case manager | FCS | 5-7-07 | 742-2112 |
| 5. | Ricky Holman | Father | | 5-10-07 | 706 315-1672 |
| 6. | Dana Brantley 5/14/07 | DHR | | | 737-1100 |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

_Evidence 5_

DHR-FCS-2117 (04/07)                                                                                    1

## INDIVIDUALIZED SERVICE PLAN

**Family Name:** Lynne Holman _____    **COUNTY: LEE**    **Case #** 44477 _____

Type ISP: Initial _____    Today's Date: 5/14/07 _____    Date Next Review is Due 6/14/07 _____    Date Distributed: _____

### RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| | SIGNATURE AND DATE SIGNED | RELATIONSHIP | ADDRESS | INVITATION DATE | PHONE # |
|---|---|---|---|---|---|
| 1. | Lynne Holman | Mother | 610 Lee Road 303, Smiths, AL 36877 | 5/14/07 | 334-297-4219 |
| 2. | Ricky Holman | Father | 190 Lee Road 432, Smiths, AL 36877 | 5/7/07 | 706-315-1672 |
| 3. | Kelly Watford | EAMH – therapist | 2300 Center Hills Dr., Opelika, AL 36801 | 5/7/07 | 334-742-2112 |
| 4. | Linda Littleton | EAMH – Case Manager | 2300 Center Hills Dr., Opelika, AL 36801 | 5/7/07 | 334-742-2112 |
| 5. | Sherrie Holman | Paternal aunt | 8 Hightower Rd., Smiths, AL 36877 | 5/14/07 | 334-297-4219 |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

DHR-FCS-2117 (04/07)

1

# INDIVIDUALIZED SERVICE PLAN

**Family Name:** Lynne Holman                    **COUNTY: LEE**          **Case #** 44477

General Comments Including input obtained from Team Members Unable to attend the meeting (e.g. Teacher, physician, etc.)

## CURRENT REASON DHR IS INVOLVED WITH YOUR FAMILY

"Current reason" should be discussed with the ISP team at each meeting to assure everyone has the same understanding about DHR's continued involvement with the family.

This family is receiving services due to the fact that several allegations of sexual abuse and physical abuse have been made against the father, Rickey Holman. Mr. Holman is a convicted sex offender. He was once accused of molesting his biological daughter, Laura Jean, but that allegation was unsubstantiated. Although, none of the recent sexual abuse allegations involve his biological children, he has been accused of molesting his stepdaughter, Jessica, but that was also unfounded. The most recent sexual abuse allegation involved Mr. Holman allegedly molesting his niece while in his estranged wife's home. There is also some concern that Mr. Holman does not adequately supervise his children when he baby-sits. There is also a great deal of tension between Mr. Holman and his estranged wife Lynne Holman.

| Child's Name | Sex | DOB/Age | Permanency Goal | Date Established | Concurrent Planning Goal | Date Established |
|---|---|---|---|---|---|---|
| Laura Jean Holman | Female | 12/17/97 | Remain With Parent | 5/14/07 | Permanent relative placement with transfer of custody to relative. | 5/14/07 |
| Melinda Holman | Female | 9/14/00 | Remain With Parent | 5/14/07 | Permanent relative placement with transfer of custody to relative. | 5/14/07 |
| Mary Frances Holman | Female | 12/17/03 | Remain With Parent | 5/14/07 | Permanent relative placement with transfer of custody to relative. | 5/14/07 |
| Rickey Holman, Jr. | Male | 10/24/05 | Remain With Parent | 5/14/07 | Permanent relative placement with transfer of custody to relative. | 5/14/07 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Options for permanency goal and concurrent planning goal are:

Remain With Parent
Return To Parent
Permanent Relative Placement With Transfer Of Custody To The Relative
Permanent Relative Placement With DHR Retaining Custody

Adoption By Current Foster Parent
Adoption With No Identified Resource
Another Planned Permanent Living Arrangement, Court Approved (APPLA)
Adult Custodial Care

DHR-FCS-2117 (04/07)                                                                    2

## INDIVIDUALIZED SERVICE PLAN

**Family Name:**  Lynne Holman                              **COUNTY: LEE**        **Case #**  44477

| Parent/Primary Caregiver | Relationship To Children |
|---|---|
| Lynne Holman | Mother |
| Rickey Holman | Father |
|  |  |
|  |  |

### FAMILY MEMBERS' STRENGTHS

1. Ms. Holman works hard to provide for her children.

2. Mr. Holman states that he will do whatever it takes to ensure that his children are safe.

3. Laura Jean draws very well.

4. Melinda is very creative and masters new activities quickly.

5. Mary Frances is very friendly and lovable.

6. Ricky Jr. likes to eat and dance.

### WHAT BEHAVIORAL AND ENVIRONMENTAL CHANGES NEED TO OCCUR FOR DHR TO NO LONGER BE INVOLVED WITH YOUR FAMILY?

Ms. Holman must demonstrate that she can be protective of her children and ensure that her children are safe even when they are being cared for by other relatives.   Mr. and Mrs. Holman need to learn how to settle their differences in a productive manner that does not result in arguing in front of the children.

DHR-FCS-2117 (04/07)

## INDIVIDUALIZED SERVICE PLAN

**Family Name:** Lynne Holman                    **COUNTY:** LEE                    **Case #** 44477

**FAMILY MEMBERS' NEEDS**

1. Laura Jean, Melinda, Mary Frances, and Rickey Jr., need to live in a safe, stable home that is free from physical and sexual abuse.

2. Laura Jean, Melinda, Mary Frances, and Rickey Jr. need to be physically, mentally, and emotionally healthy.

3. Laura Jean and Melinda need to be educationally successful.

4.

5.

6.

7.

**GOAL #1**    Laura Jean, Melinda, Mary Frances, and Rickey Jr., will live in a safe, stable home that is free from physical and sexual abuse.

**STEP # 1**  Lynne Holman will maintain employment to ensure that her children's basic needs are met.

**Added:** 5/14/07          **Completed:**

**Comments:** Ms. Holman is employed full-time at Red Robin in Columbus, GA as a waitress.

**STEP # 2**  Lynne Holman will pay her rent and utilities in a timely manner to ensure that she has adequate shelter.

**Added:** 5/14/07          **Completed:**

**Comments:** DHR will assist and monitor this step as Ms. Holman becomes more stable.

DHR-FCS-2117 (04/07)

4

## INDIVIDUALIZED SERVICE PLAN

**Family Name:**  Lynne Holman                                    **COUNTY: LEE**                    **Case #** 44477

STEP # 3  Lynne Holman will ensure that Laura Jean, Melinda, Mary Frances, and Rickey Jr. are adequately supervised at all times.

Added: 5/14/07        Completed:

Comments:


STEP # 4  Carlton Holman, paternal uncle, and Sherry Holman, paternal aunt will alternate caring for the children when Lynne has to work evenings and weekends.

Added: 5/14/07        Completed:

Comments:  Lynne Holman works second shift Thursday through Sunday.  Thursday and Friday Sherry and Carlton will alternate keeping the children.  Saturday and Sunday, Sherry will keep them at Ms. Holman's.


STEP # 5  Lynne will not allow Rickey to baby-sit or otherwise care for the children alone.

Added: 5/14/07        Completed:

Comments:


STEP # 6  DHR will provide child protective service daycare to Ms. Holman for the duration of this case.

Added: 5/14/07        Completed:

Comments:  This service is being provided to assist Ms. Holman until a plan is developed that will minimize Ms. Holman's dependence on Rickey Holman to baby-sit.


**GOAL # 2**  Laura Jean, Melinda, Mary Frances, and Rickey Jr. need to be physically, mentally, and emotionally healthy.

STEP #1  Lynne Holman will ensure that Laura Jean, Melinda, Mary Frances, and Rickey Jr. are current on their immunizations and medical screenings.

Added: 5/14/07        Completed:

Comments:  Ms. Holman reports that the children are all current on their immunizations and that they are all in excellent health. Their pediatrician is Dr. Shandra who is located at the Phenix City Pediatric Clinic.


DHR-FCS-2117 (04/07)                                                                                                      5

INDIVIDUALIZED SERVICE PLAN

**Family Name:** Lynne Holman                    **COUNTY:** <u>LEE</u>                    **Case #** <u>44477</u>

STEP #2  Laura Jean and Melinda will continue with their counseling at EAMH with Ms. Kelly Watford.  They are seen weekly either in the office setting or the case manager, Linda Littleton, visits them in the home.

**Added:** 5/14/07          **Completed:**

Comments: Laura Jean is being treated for behaviors associated with ADHD.  Melinda has minor behavior problems and a bedwetting issue that are being addressed.


STEP #3  Laura Jean will take her medication for ADHD as prescribed by Dr. Lusche.  Laura Jean takes Adderall 20mg.

**Added:** 5/14/07          **Completed:**

Comments: Laura Jean is seen by Dr. Lusche monthly. Ms. Holman will monitor this step.


STEP # 4  Rickey Holman will have regular supervised visitation with Laura Jean, Melinda, Mary Frances, and Rickey Jr.

**Added:** 5/14/07     **Completed:**

Comments:  Mr. Holman refused to agree to a set schedule, but did agree to call before visiting the home to ensure that Lynne has someone available to supervise his visits.

STEP # 5  Sherry Holman will accompany Rickey Holman in the event that Rickey is needed to pick the children up from daycare.

**Added:** 5/14/07     **Completed:**

Comments:

GOAL # 3  Laura Jean and Melinda need to be educationally successful.

STEP #1  Laura Jean and Melinda will attend school regularly and promptly.  They will participate in classroom activities and complete all homework assignments.

**Added:** 5/14/07          **Completed:**

Comments:  DHR will monitor this step.


DHR-FCS-2117 (04/07)                                                                                                          6

## INDIVIDUALIZED SERVICE PLAN

**Family Name:** Lynne Holman                    **COUNTY:** LEE          **Case #** 44477

STEP #2 Ms. Holman will ensure that Melinda and Laura Jean are groomed, clean and appropriately dressed for school.

**Added:** 5/14/07  **Completed:**

**Comments:**


STEP #3 Ms. Holman will maintain regular contact with Laura Jean and Melinda's teachers to ensure that their educational needs are being met.

**Added:** 5/14/07          **Completed:**

**Comments:**


**STEP # 4**

**Added:**          **Completed:**

**Comments:**



**GENERAL COMMENTS** Including Input Obtained from Team Members Unable to Attend This Meeting (e.g., Teacher, GALs, Physician)


**Gina Brantley**
Worker's Name

Worker's Signature

5/31/07
Date Completed

**Rhonda Brooks**
Supervisor's Name

Supervisor's Signature

5-31-07
Date Approved


DHR-FCS-2117 (04/07)                                                                                      7

INDIVIDUALIZED SERVICE PLAN

Family Name: <u>Lynne Holman</u>                    COUNTY: <u>LEE</u>            Case # <u>44477</u>

** ISP can be distributed without Supervisor signature.  Supervisory signature is required for the case file.  Lack of supervisory concurrence with the ISP may require another ISP be scheduled.

| Date Case Most Recently Opened For Services: | 4/17/07 | Date Of Initial ISP: | 5/14/07 |
|---|---|---|---|
| Dates Of ISP Reviews | | | |

## INDIVIDUALIZED SERVICE PLAN

**Family Name:** Lynne Holman                    **COUNTY:** <u>LEE</u>                    **Case #** 44477

** ISP can be distributed without Supervisor signature. Supervisory signature is required for the case file. Lack of supervisory concurrence with the ISP may require another ISP be scheduled.

Date Case Most Recently Opened For Services:    4/17/07        Date Of Initial ISP:    5/14/07
Dates Of ISP Reviews 6/26/07

## INDIVIDUALIZED SERVICE PLAN

**Family Name:** Lynne Holman         **COUNTY:** LEE         **Case #** 44477

**Type ISP:** Review    **Today's Date:** 6/26/07    **Date Next Review is Due** 12/26/07    **Date Distributed:** 6/30/07

### RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| SIGNATURE AND DATE SIGNED | RELATIONSHIP | ADDRESS | INVITATION DATE | PHONE # |
|---|---|---|---|---|
| 1. Lynne Holman | Mother | 616 Lee Rd. 803 Smiths | | 334-298-8324 |
| 2. Linda Littleton | Case Manager | FCS | | 334-742-2112 |
| 3. Gina Brantley | DHR | | | 737-1160 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | Evidence 6 | | |
| 10. | | | | |

DHR-FCS-2117 (04/07)                                                                                                1

# INDIVIDUALIZED SERVICE PLAN

**Family Name:**  Lynne Holman                                    **COUNTY:** <u>LEE</u>                        **Case #**  44477

**Type ISP:**  Initial               **Today's Date:**  6/26/07          **Date Next Review is Due**  12/26/07                        **Date Distributed:**

## RECORD OF INVITATION AND ATTENDANCE, CONFIDENTIALITY AGREEMENT, AND ISP DISTRIBUTION

Pursuant to the Code of Alabama, § 38-2-6 (8) we, the undersigned, agree to keep confidential all personal identifying information and records regarding the above-named family and/or child(ren). We also agree to comply with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which protects a person's fundamental right to privacy and confidentiality of personal health information and limits its use and disclosure. We understand any information received during the ISP process may be disclosed only with the individual's written consent, and in the case of a minor child, with the consent of the child's parent and/or legal custodian. Use of such information is limited to the purpose for which it is furnished and by the provisions of the law under which it is furnished. All information and records are confidential and shall not be subject to public use or inspection.

| | SIGNATURE AND DATE SIGNED | RELATIONSHIP | ADDRESS | INVITATION DATE | PHONE # |
|---|---|---|---|---|---|
| 1. | Lynne Holman | Mother | 610 Lee Road 303, Smiths, AL 36877 | 5/14/07 | 334-297-4219 |
| 2. | Ricky Holman | Father | 190 Lee Road 432, Smiths, AL 36877 | 5/7/07 | 706-315-1672 |
| 3. | Kelly Watford | EAMH – therapist | 2300 Center Hills Dr., Opelika, AL 36801 | 5/7/07 | 334-742-2112 |
| 4. | Linda Littleton | EAMH – Case Manager | 2300 Center Hills Dr., Opelika, AL 36801 | 5/7/07 | 334-742-2112 |
| 5. | Sherrie Holman | Paternal aunt | 8 Hightower Rd., Smiths, AL 36877 | 5/14/07 | 334-297-4219 |
| 6. | Gina Brantley | DHR | 1715 Corporate Dr., Opelika, AL 36801 | | 334-737-1100 |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

# INDIVIDUALIZED SERVICE PLAN

**Family Name:** Lynne Holman    **COUNTY: LEE**    **Case #** 44477

<u>General Comments</u> Including input obtained from Team Members Unable to attend the meeting (e.g. Teacher, physician, etc.)

## CURRENT REASON DHR IS INVOLVED WITH YOUR FAMILY

"Current reason" should be discussed with the ISP team at each meeting to assure everyone has the same understanding about DHR's continued involvement with the family.

This family is receiving services due to the fact that several allegations of sexual abuse and physical abuse have been made against the father, Rickey Holman. Mr. Holman is a convicted sex offender. He was once accused of molesting his biological daughter, Laura Jean, but that allegation was unsubstantiated. Although, none of the recent sexual abuse allegations involve his biological children, he has been accused of molesting his stepdaughter, Jessica, but that was also unfounded. The most recent sexual abuse allegation involved Mr. Holman allegedly molesting his niece while in his estranged Lynne Holman's home. There is also some concern that Mr. Holman does not adequately supervise his children when he baby-sits. There is also a great deal of tension between Mr. Holman and his estranged wife Lynne Holman.

| Child's Name | Sex | DOB/Age | Permanency Goal | Date Established | Concurrent Planning Goal | Date Established |
|---|---|---|---|---|---|---|
| Laura Jean Holman | Female | 12/17/97 | Remain With Parent | 5/14/07 | Permanent relative placement with transfer of custody to relative. | 5/14/07 |
| Melinda Holman | Female | 9/14/00 | Remain With Parent | 5/14/07 | Permanent relative placement with transfer of custody to relative. | 5/14/07 |
| Mary Frances Holman | Female | 12/17/03 | Remain With Parent | 5/14/07 | Permanent relative placement with transfer of custody to relative. | 5/14/07 |
| Rickey Holman, Jr. | Male | 10/24/05 | Remain With Parent | 5/14/07 | Permanent relative placement with transfer of custody to relative. | 5/14/07 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Options for permanency goal and concurrent planning goal are:

Remain With Parent
Return To Parent
Permanent Relative Placement With Transfer Of Custody To The Relative
Permanent Relative Placement With DHR Retaining Custody

Adoption By Current Foster Parent
Adoption With No Identified Resource
Another Planned Permanent Living Arrangement, Court Approved (APPLA)
Adult Custodial Care

DHR-FCS-2117 (04/07)

# INDIVIDUALIZED SERVICE PLAN

**Family Name:**  Lynne Holman                              **COUNTY: LEE**                **Case #**  44477

| Parent/Primary Caregiver | Relationship To Children |
|---|---|
| Lynne Holman | Mother |
| Rickey Holman | Father |
|  |  |
|  |  |

## FAMILY MEMBERS' STRENGTHS

1.  Ms. Holman works hard to provide for her children.

2.  Mr. Holman states that he will do whatever it takes to ensure that his children are safe.

3.  Laura Jean draws very well.

4.  Melinda is very creative and masters new activities quickly.

5.  Mary Frances is very friendly and lovable.

6.  Ricky Jr. likes to eat and dance.

## WHAT BEHAVIORAL AND ENVIRONMENTAL CHANGES NEED TO OCCUR FOR DHR TO NO LONGER BE INVOLVED WITH YOUR FAMILY?

Ms. Holman must demonstrate that she can be protective of her children and ensure that her children are safe even when they are being cared for by other relatives.   Mr. and Mrs. Holman need to learn how to settle their differences in a productive manner that does not result in arguing in front of the children.

DHR-FCS-2117 (04/07)

INDIVIDUALIZED SERVICE PLAN

**Family Name:** Lynne Holman                                    **COUNTY: LEE**                **Case #** 44477


**FAMILY MEMBERS' NEEDS**

1. Laura Jean, Melinda, Mary Frances, and Rickey Jr., need to live in a safe, stable home that is free from physical and sexual abuse.

2. Laura Jean, Melinda, Mary Frances, and Rickey Jr. need to be physically, mentally, and emotionally healthy.

3. Laura Jean and Melinda need to be educationally successful.

4.

5.

6.

7.


**GOAL #1**    Laura Jean, Melinda, Mary Frances, and Rickey Jr., will live in a safe, stable home that is free from physical and sexual abuse.

**STEP # 1**    Lynne Holman will maintain employment to ensure that her children's basic needs are met.

**Added:** 5/14/07            **Completed:**

**Comments:**

**STEP # 2**    Lynne Holman will pay her rent and utilities in a timely manner to ensure that she has adequate shelter.

**Added:** 5/14/07            **Completed:**

**Comments:** DHR will assist and monitor this step as Ms. Holman becomes more stable.


DHR-FCS-2117 (04/07)

## INDIVIDUALIZED SERVICE PLAN

**Family Name:**  Lynne Holman                                    **COUNTY:** <u>LEE</u>                **Case #**  44477

**STEP # 3**  Lynne Holman will ensure that Laura Jean, Melinda, Mary Frances, and Rickey Jr. are adequately supervised at all times.

**Added:** 5/14/07        **Completed:**

**Comments:**


**STEP # 4**  Carlton Holman, paternal uncle, and Sherry Holman, paternal aunt will alternate caring for the children when Lynne has to work evenings and weekends.

**Added:** 5/14/07        **Completed:**

**Comments:**  Ms. Holman recently started a new job at the Charbroil Restaurant in Phenix City, AL.  Her new hours/shift will determine how Carlton and Sherrie alternate caring for the children.


**STEP # 5**   Lynne will not allow Rickey to baby-sit or otherwise care for the children alone.

**Added:** 5/14/07        **Completed:**

**Comments:**


**STEP # 6**  DHR will provide child protective service daycare to Ms. Holman for the duration of this case.

**Added:** 5/14/07        **Completed:**

**Comments:**  This service is being provided to assist Ms. Holman until a plan is developed that will minimize Ms. Holman's dependence on Rickey Holman to baby-sit.


**GOAL # 2**   Laura Jean, Melinda, Mary Frances, and Rickey Jr. need to be physically, mentally, and emotionally healthy.

**STEP #1**  Lynne Holman will ensure that Laura Jean, Melinda, Mary Frances, and Rickey Jr. are current on their immunizations and medical screenings.

**Added:** 5/14/07        **Completed:**

**Comments:**  Ms. Holman reports that the children are all current on their immunizations and that they are all in excellent health. Their pediatrician is Dr. Shandra who is located at the Phenix City Pediatric Clinic.

## INDIVIDUALIZED SERVICE PLAN

**Family Name:**  Lynne Holman                                                      **COUNTY: LEE**                          **Case #**  44477

**STEP #2**  Laura Jean and Melinda will continue with their counseling at EAMH with Ms. Kelly Watford.  They are seen weekly either in the office setting or the case manager, Linda Littleton, visits them in the home.

**Added:** 5/14/07          **Completed:**

**Comments:** Laura Jean is being treated for behaviors associated with ADHD.  Melinda has minor behavior problems and a bedwetting issue that are being addressed.

**STEP #3**  Laura Jean will take her medication for ADHD as prescribed by Dr. Lusche.  Laura Jean takes Adderall 20mg.

**Added:** 5/14/07          **Completed:**

**Comments:** Laura Jean is seen by Dr. Lusche monthly. Ms. Holman will monitor this step.

**STEP # 4**  Rickey Holman will have regular supervised visitation with Laura Jean, Melinda, Mary Frances, and Rickey Jr.

**Added:** 5/14/07      **Completed:**

**Comments:**  Mr. Holman refused to agree to a set schedule, but did agree to call before visiting the home to ensure that Lynne has someone available to supervise his visits.

**STEP # 5**  Sherry Holman will accompany Rickey Holman in the event that Rickey is needed to pick the children up from daycare.

**Added:** 5/14/07      **Completed:**

**Comments:**

## GOAL # 3  Laura Jean and Melinda need to be educationally successful.

**STEP #1** Laura Jean and Melinda will attend school regularly and promptly.  They will participate in classroom activities and complete all homework assignments.

**Added:** 5/14/07          **Completed:**

**Comments:**  DHR will monitor this step.

DHR-FCS-2117 (04/07)

**INDIVIDUALIZED SERVICE PLAN**

Family Name:  Lynne Holman _____     COUNTY: <u>LEE</u>     Case #  44477 _____

STEP #2  Ms. Holman will ensure that Melinda and Laura Jean are groomed, clean and appropriately dressed for school.

Added: 5/14/07  Completed:

Comments:


STEP #3  Ms. Holman will maintain regular contact with Laura Jean and Melinda's teachers to ensure that their educational needs are being met.

Added:  5/14/07                    Completed:

Comments:


STEP # 4

Added:                Completed:

Comments:


<u>GENERAL COMMENTS</u> Including Input Obtained from Team Members Unable to Attend This Meeting (e.g., Teacher, GALs, Physician)


**Gina Brantley**
Worker's Name
_____
Worker's Signature

_____
Date Completed

**Rhonda Brooks**
Supervisor's Name
_____
Supervisor's Signature

_____
Date Approved

DHR-FCS-2117 (04/07)