UNITED STATES
DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

RECEIVED

JAN - 8 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

3:08cv20-MEF

]
]
]
]
]
]
]
]

COMES NOW RICKEY H. HOLMAN, AND FILES THIS MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS. AND HUMBLY ASKS THIS COURT TO ACCEPT THIS PETITION ON HIS BEHALF.

PETITIONER HAS NOT WORKED IN THE LAST 60 DAYS.
PETITIONER HAS NO MONEY TO FILE THESE PETITIONS.
PETITIONER IS WITHOUT LEGAL COUNSEL,NOR DOES
PETITIONER HAVE ANY MONEY TO HIRE AN ATTORNEY.
ATTACHED IS AN AFFIDAVIT OF POVERTYSUPPORTING PETITION FOR LEAVE TO PROCEED IN FORMA PAUPERIS.

COMES NOW RICKEY H. HOLMAN AND SWEARS UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE.

THEREFORE PETITIONER HUMBLY ASKS THIS COURT TO ACCEPT THIS PETITION ON HIS BEHALF.

RESPECTFULLY SUBMITTED

*Rickey Holman* (signature)

Linda Newsome- Notary
Commission Expires- October 11, 2009

SCANNED
PNR 1.9.08

UNITED STATES
DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

RECEIVED

JAN - 8 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

COMES NOW RICKEY H. HOLMAN, AND FILES THIS AFFIDAVIT OF POVERTY. AND HUMBLY ASKS THIS COURT TO ACCEPT THIS PETITION ON HIS BEHALF.

PETITIONER CONTENDS THAT HE WAS EMPLOYED BY HOMEBOUND CONSTRUCTION [ OWNER ] RICKEY BOOTH.
DUE TO LACK OF WORK THE COMPANY WAS SHUT DOWN AND THE OWNER HAD TO GO BACK TO WORK BY THE HOUR.

PETITIONER CONTENDS THAT DUE TO NO TRANSPORTATION FROM HAVING TO SALE VEHICLE TO MAKE BOND. PETITIONER HAS NO WAY TO GO AND SEEK EMPLOYMENT

PETITIONER CONTENDS THAT IF IT WASN'T FOR A FRIEND HELPING WITH THE BASIC NEEDS OF PAPER,COMPUTER,AND STAMPS THEN PETITIONER COULD NOT EVEN FILE THESE PETITIONS.

COMES NOW RICKEY H. HOLMAN, AND SWEARS UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE.

THEREFORE PETITIONER HUMBLY ASKS THIS COURT TO ACCEPT THIS PETITION FOR AFFIDAVIT OF POVERTY ON HIS BEHALF.

RESPECTFULLY SUBMITTED

*Ricky Holman* [signature]

*Linda Newsome - Notary
Commission Expires - October 11, 2009* [handwritten]