3:08CV20-MEF

(MOTION TO SUBPEONA)

RECEIVED
2008 JAN -8 A 11: 58

COMES NOW RICKEY H. HOLMAN AND FILES THIS MOTION BEFORE THIS COURT
AND HUMBLEY ASKS THIS COURT TO ACCEPT THIS MOTION ON HIS BEHALF.

PETITIONER FILES THIS MOTION BEFORE THIS COURT, DUE TO THE RESPECT
THAT PETITIONER HAS FOR THE PRIVACY OF RECORDS AND INVESTIGATIONS.

PETITIONER CONTENDS THAT A MAJORITY OF THIS EVIDENCE PETITIONER
NEEDS TO PROVE HIS ALLEGATIONS AGAINST THE STATE IS IN FACT KEPT IN
THE BELOW MENTIONED DEPARTMENTS.

PETITIONER ALSO CONTENDS THAT HE HAS REQUESTED HIS COURT RECORDS
ORALLY BUT TO THIS DATE THOSE RECORDS HAVE BEEN DENIED PETITIONER.

DUE TO THE RESPECT PETITIONER HAS FOR INVESTIGATIONS AND PRIVACY
PETITIONER REQUESTS THAT THE FEDERAL COURTS TO SUBPEONA ALL RECORDS
FROM THE BELOW MENTIONED STATE COURTS AND STATE AGENCIES
TO BE VIEWED BY THE FEDERAL COURTS ONLY.

PETTIONER HAS ALSO ATTACHED TO THIS MOTION A PETITION GRANTING
THE FEDERAL COURTS PERMISSION TO VIEW THE BELOW MENTIONED
RECORDS.

DEPARTMENT OF HUMAN RESOURCES OF COLUMBIA COUNTY, GEORGIA
P.O. BOX 340
APPLING, GA 30802
(706)571-1640/706-541-1640
CASE WORKER (DAVENA DOSS)

DEPARTMENT OF HUMAN RESOURCES OF LEE COUNTY, ALABAMA
1715 CORPORATE DRIVE
OPELIKA, AL 36901-1514
(334)737-1100
CASE WORKERS:
LUCY GRIMES-GAA
GINA BRANTLEY
DEBRA SHEPPARD
RHONDA BROOKS
YARBI COUND
ANY INVESTIGATION DOCUMENTS AND ANY DOCUMENTS CONCERNING
PETITIONER.
DEPARTMENT OF HUMAN RESOURCES PROCEEDURAL AND POLICIES
BOOKLET, GOVERNING [ DHR ] INVESTIGATIONS.

THE LEE COUNTY INVESTIGATIVE DEPARTMENT
P.O. BOX 688
OPELIKA,, AL 36803-0688
(334)737-3566
INVESTIGATOR (TAMARA J. BOOTH)
ALL INVESTIGATED DOCUMENTS AND TAPES OR RECORDINGS MADE
OF STATEMENTS MADE BY THE PETITIONER TO (TAMARA J. BOOTH)

CIRCUIT CLERKS OFFICE
LEE COUNTY JUSTICE OFFICE
2311 GATEWAY DRIVE

*Including papers from Alabama Dept. Corrections Central Records, Montgomery Alabama, Housing Authority for Russell and Lee Counties, concerning Lynne Holman Phenix City*

ROOM 104
OPELIKA, AL 36801-1511
(334)749-7141
CIRCUIT CLERK; (CORIENNE HURST)
ALL COURT RECORDS ON CASE (CC-79-468)
CASE (CC-06-369)

AAA BONDING CO.
2104 FREDERICK ROAD
OPELIKA, AL 36801
AGENT; JIMMY HENDERSON
(334)745-6666
ALL RECORDS THAT PETITIONER SIGNED WITH JIMMY HENDERSON
WHERE PETITIONER HAD TO MAKE BOND.

STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES
S. GORDON PERSONS BUILDING
50 RIPLEY STREET
P.O. BOX 304000
MONTGOMERY. AL 36130-4000
(334)242-1310
ALL RECORDS AND APPEAL NOTICE AND EVIDENCE PETITONER PRESENTED
ON HIS BEHALF.
CASE #36246
REPORT DATE; 04/11/2007.
COUNTY RECORD REVIEWER (LUCIENNE GAA, CA/N WORKER
ADMINISTRATIVE CA/N RECORD REVIEWER, CINDI LUSK, LCSW
ADMINSTRATIVE RECORD REVIEW CLERK (PAMELA D. LOVELACE)

ALABAMA BUREAU OF INVESTIGATION
SEX OFFENDER REGISTRY
P.O. BOX 1511
MONTGOMERY, AL 36102-1511
(334)353-1172
ALL EVIDENCE OF PETITIONERS REGISTRATION AS SEX OFFENDER.

PETITIONER CONTENDS THAT HIS DUE PROCESS RIGHTS, CONSTITUTIONAL RIGHTS,
AND CIVIL RIGHTS HAVE BEEN VIOLATED AND IS STILL BEING VIOLATED TO
THIS DATE BY THE ABOVE MENTIONED STATE AGENCIES.

AND THE ABOVE MENTIONED STATE AGENCIES HAVE EVIDENCE THAT
SUPPORTS PETITIONERS ALLEGATIONS.
THAT PETITIONER DOES NOT HAVE ACCESS TO.

THEREFORE PETITIONER FILES THIS MOTION FOR THE FEDERAL
COURTS TO SUBPEONA ALL RECORDS CONCERNING PETITIONER
FROM THE ABOVE MENTIONED STATE AGENCIES.

COMES NOW PETITIONER AND SWEARS UNDER PENALTY OF PERJURY
THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE.

RESPECTFULLY SUBMITTED
*Ricky Hofman*

*Brenda Newsome - Notary*
*Commission Expires - October 11, 2009*