[ MOTION GRANTING PERMISSION ]     3:08 CV 20-MEF

COMES NOW RICKEY H. HOLMAN AND FILES THIS MOTION TO GRANT PERMISSION TO THE FEDERAL COURTS.FOR THE FEDERAL COURTS TO OPEN AND REVIEW THE RECORDS FROM THE BEFORE MENTIONED STATE AND STATE AGENCIES LISTED IN THE [ MOTION TO SUBPEONA ] PETITION THAT PETITIONER HAS FILED BEFORE THE FEDERAL COURTS.DUE TO THE PRIVACY OF THOSE RECORDS AND INVESTIGATIONS.
WITHIN THOSE RECORDS IS EVIDENCE THAT SUPPORTS THE ALLEGATIONS PETITIONER HAS MADE AGAINST THE STATE AND OTHER STATE AGENCIES. THAT PETITIONER DOES NOT HAVE ACESS TO.

AND DUE TO EVIDENCE THAT IS IN POSESSION BY THE STATE AND OTHER STATE AGENCIES PETITIONER ;;
PETITIONS THE FEDERAL COURT TO DISPERSE FEDERAL MARSHALLS TO OBTAIN THE EVIDENCE PETITIONER WANTS SUBPEONAED SO AS TO PRESERVE THE EVIDENCE AND TO INSURE THAT NO DOCUMENTS IS MISTAKENLY LEFT BEHIND.

RECEIVED
JAN - 8 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RESPECTFULLY SUBMITTED

*Ricky Holman*

*Linda Newsome - Notary*
*Commission Expires - October 11, 2009*