IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICKEY H. HOLMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:08cv20-MEF |
| ) | |
| LEE COUNTY SHERIFF'S ) | |
| DEPARTMENT, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

This court's review of the petition for writ of habeas corpus filed on January 8, 2008 (Doc. No. 1), by petitioner Rickey H. Holman reveals that the majority of petitioner's claims are not properly raised in a habeas action. Of the claims petitioner appears to assert, only his challenge to the conviction for which he is currently under sentence (for failure to register as a sex offender, for which he is now on probation) may properly be presented in a habeas action. If petitioner wishes to challenge that conviction, he may seek to advance any claims in this regard by filing a petition in this court under the provisions of a 28 U.S.C. § 2254 using the form for filing such a petition. Accordingly, the Clerk is DIRECTED to provide petitioner with the form for filing a petition under 28 U.S.C. § 2254.

Petitioner is advised to read carefully the instructions contained on the form. The completed form is considered his petition for habeas corpus relief.

It is further

**ORDERED** that **on or before February 12, 2008**, petitioner shall file an amended petition for writ of habeas corpus in this court, using the form for filing a petition under 28 U.S.C. § 2254 provided to him by the Clerk and setting forth the specific claims for relief he wishes to present.

The petitioner is **cautioned** that his failure to comply with this order will result in a recommendation that this case be dismissed.

Done this 18th day of January, 2008.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE