IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| RICKEY H. HOLMAN, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:08-cv-0020-MEF |
| | ) |
| LEE COUNTY SHERIFF'S | ) |
| DEPARTMENT, *et al.,* | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

On April 9, 2008, the Magistrate Judge filed a Recommendation (Doc. #7) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for petitioner's failure to comply with the order of this court.

DONE this the 29th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE